# EXHIBIT A

 12/27/2014 · Previous review

We are advocates of Stone and Vine, which we always enjoy, and have also tried Salt and Lime a couple of times and quite like it. Hence is why we thought we would finally give Balck and Bleu a try, even though we had heard nothing good about it to date. We like to give new places the beneift of the doubt, that they are trying their best to make customers happy and would like for them to return. We started this evening at Stone and Vine to celebrate an early Christmas with friends, then 4 of us thought we would have a nightcap at the fireplace outside at Black and Bleu. We were surprised that a few days before Christmas, this place was empty as the other restaurants in the plaza were jammed. We ordered a lovely bottle of red, and so far so good. The waitress returned to see we needed a second bottle, but they only had one of the wine we were drinking ( she said that they only ever order two of these at a time?!). This is not a biggie, so we selected a different bottle and continued to chat.

We were not quite finished, but close, when a gal we had not seen at all during the evening approached our table and VERY rudely said it was time to leave! She didn't even want to give us the time to finish what we had left! We are all very polite people, but were taken aback at her horridly rude and aggressive attitude, which came out of nowhere! We asked for the manager, and lo and behold she was it....really? Anytime we said anything, such as the waitress never mentioned the restaurant was close to closing when we ordered the second bottle, she jumped down our throats that we had no place in complaining and that WE were the ones giving her grief! REALLY!!!? I can't tell you how many people I will tell to not go there, and of course we will never return! Her name is Amy, and personally, I think Amy should not be in any position that deals with the public as her attitude is the rudest I have ever come across, and we are out app. 4 times a week, so that is saying a lot!

Scottsdale has too many wonderful restaurants with wonderful people serving and managing them. Go elsewhere! Read less

# EXHIBIT B



News Feed

Like                          Comment                          Share

**Amy Patterson**
7 hrs near Phoenix, Arizona

I love being underestimated.

7 likes   2 comments

Like                          Comment                          Share

Brian Bollenbeck via Andrew Vasquez

STATUS                          PHOTO                          CHECK IN

1  procedures, as well as the grievance options, mediation options, arbitration options, and other

2  policies and procedures.

3      20.  Plaintiff failed to complain and/or failed to complain promptly about any alleged

4  retaliation or discrimination.

5      21.  At no point during Patterson's employment did Patterson advise

6  Defendants/Counterclaimants/Third-Party Plaintiffs that the remarks intending to be jocular

7  were being taken seriously and/or that Patterson felt unwelcome.

8      22.  Had Defendants/Counterclaimants/Third-Party Plaintiffs been apprised that

9  Patterson felt unwelcome, Popo would have immediately discontinued participation in such

10  discussions with Plaintiff.

11      23.  During the course of Patterson's employment, she routinely voiced her

12  satisfaction with her treatment and role in the company, which included affirmatively

13  inquiring as to the potential of transitioning from a part-time employee to a full-time

14  managerial position.

15      24.  In December of 2014, Patterson, while working at Black & Bleu, was the subject

16  of a complaint posted on Yelp, adversely affecting the image and potential success of the

17  recently opened restaurant. *See Yelp review*, attached hereto as Exhibit "A."

18      25.  The circumstances surrounding the critical Yelp complaint were discussed

19  directly with Patterson, ultimately leading to her resignation.

20      26.  Patterson provided Defendants/Counterclaimants/Third-Party Plaintiffs two-

21  weeks notice in conjunction with her resignation, but due to her access to proprietary and

22  financial information, her resignation was accepted effective immediately.

23      27.  Upon notification that her resignation was accepted effective immediately,

24  Patterson inquired as to whether she would nevertheless be paid for an additional two-weeks

25  beyond the termination of her employment. Upon receiving no response from Defendants,

26  Patterson posted on her website "I love being underestimated." *See Screenshot*, attached

27  hereto as Exhibit "B."

28  ///

EXHIBIT C

# THE STROJNIK FIRM LLC

### ATTORNEYS AT LAW

ESPLANADE CENTER III, 2415 EAST CAMELBACK ROAD, SUITE 700, PHOENIX, ARIZONA 85016

PHONE: 602.510.9409 | FAX: 602.916.0253 | WEBSITE: WWW.SKPLAW.COM

**January 12. 2015**

<u>RULE 408</u>
<u>SETTLEMENT COMMUNICATION</u>

Joseph M. Popo
Gabby Bell
Managing Members
Two Fingers, LLC *dba* Stone & Vine
9343 East Shea Boulevard, Suite 100
Scottsdale, Arizona 85260

Joseph M. Popo
Managing Member
Four Fingers, LLC *dba* Salt & Lime
15931 North 102nd Street
Scottsdale, Arizona 85259

Jeffrey T. Gerlinger
Managing Member
Four Fingers, LLC *dba* Salt & Lime
8050 East Theresa Drive
Scottsdale, Arizona 85255

Alexandria Wolfe
Managing Member
AMW Holdings, LLC; Six Fingers, LLC
6918 East Buckhorn Trail
Scottsdale, Arizona 85266

Joseph M. Popo
Managing Member
JGP Restaurant Concepts, LLC
9397 East Shea Boulevard, Suite D120
Scottsdale, Arizona 85260

Matthew Wolfe
Managing Member
AMW Holdings, LLC
6918 East Buckhorn Trail
Scottsdale, Arizona 85266

<u>VIA FIRST CLASS MAIL</u>

Re:    Rule 408 Settlement Communication
       *Patterson adv. Two Fingers, LLC; Four Fingers, LLC; Six Fingers, LLC*

Dear Messrs. Popo, Gerlinger and Wolfe, Ms. Wolfe, and Ms. Bell:

This correspondence concerns very serious allegations by former employee Amy Patterson against Joseph M. Popo in his capacity as owner of the Stone & Vine, Salt & Lime and Black + Bleu restaurants. Ms. Patterson alleges that Mr. Popo made continuous and unabated sexual advances of the most grotesque and dark type while she was an employee for the various Stone & Vine restaurants. Due to the serious and sensitive nature of these allegations, this correspondence will not be forwarded to Mr. Popo's wife, Gabriella, at this time.

01.12.15 Ltr to Two Fingers et al.    2
Patterson adv. Two Fingers LLC et al.
Rule 408 Settlement Communication

Ms. Patterson has retained my law firm to attempt to resolve these allegations with you, or in the alternative, file a lawsuit against Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo in federal court alleging counts of a violation of Title VII of the Civil Rights Act of 1964, battery, assault, and intentional infliction of emotional distress. My client currently offers $500,000.00 to resolve this matter without litigation and publication of the following heinous acts taken by Mr. Popo in his capacity as Ms. Patterson's supervisor. This offer is based upon the below factual background and legal analysis.

In addition, Ms. Patterson has alleged that Mr. Popo directly advised her to not E-verify several employees on the kitchen staff. It is alleged that these employees are not lawfully within this country and that Mr. Popo is illegally harboring and employing them. *Infra.*

## FACTUAL BACKGROUND

Amy Patterson became employed as a server with Stone & Vine Restaurant in September 2011. Stone & Vine is owned and operated by Two Fingers, LLC, which is managed by Joseph M. Popo and Gabby Bell. Over the next two years, Ms. Patterson worked at Stone & Vine during the nights and pursued her accountancy career with a local CPA firm during the days.

Over the next two years, Ms. Patterson's work performance at Stone & Vine was so consistent and stellar that her immediate supervisor, Mr. Popo, promoted her to shift manager in or around December 2013.

It was at this time that Mr. Popo began to take a sexual interest in Ms. Patterson despite the fact that Mr. Popo was married with children. This sexual interest was in the form of requests for sexual intercourse, exposing his penis to Ms. Patterson and asking her if she wanted it, touching her breasts without permission, rubbing his body against her breasts, attempting to reach under her skirt or dress, grabbing her and sticking his tongue down her throat, rub his penis from the outside of his pants while speaking with her, request that she have a "threesome" with him and another employee Amanda Feron, with whom it is alleged he was having an affair, and send her sexually suggestive text messages, in which some of them would refer to his daughter and her friends and the word "horney" [sic] in the same text message string. See below for more detail about these dark advances.

Following Ms. Patterson's promotion to shift manager in December 2013, she continued to perform her job in a stellar fashion. As Mr. Popo would concede, she is a well-spoken, educated and hard-working young woman. Ms. Patterson's work performance was so good, that in May 2014 Mr. Popo directly called on her to, in addition to working at Stone & Vine, oversee and manage the new restaurant Salt & Lime Modern Mexican Grill. Salt & Lime is owned and operated by Four Fingers, LLC, which is managed by Joseph M. Popo and Jeffrey Gerlinger.

01.12.15 Ltr to Two Fingers et al.   3
Patterson adv. Two Fingers LLC et al.
Rule 408 Settlement Communication

In June 2014 after Ms. Patterson oversaw the new operations at Salt & Lime, Mr. Popo promoted Ms. Patterson again – this time to salary manager. Ms. Patterson continued to perform her new job in a stellar fashion such that Mr. Popo again asked Ms. Patterson to oversee the new operations of another restaurant – Black + Bleu, which occurred in October 2014. Black + Bleu is owned and operated by Six Fingers, LLC, which is managed by JGP (Popo) and AMW (Mr. and Mrs. Wolfe).

During Ms. Patterson's oversight of Black + Bleu, Mr. Popo was so impressed with Ms. Patterson's work performance that he promoted her to general manager. However, while Ms. Patterson continued to enjoy the fruits of her hard work, she could not endure Mr. Popo's continued and pervasive sexual advances. She often came to work crying knowing she needed the income but also knowing she would have to encounter Mr. Popo's predatory nature. As a result, the workplace became so intolerable and hostile that she was forced to resign in December 2014.

Indeed, from the beginning of 2014 until her constructive discharge in December, not a shift would go by where Mr. Popo would not make a sexually aggressive advance upon Ms. Patterson. Scores of text messages were sent asking Ms. Patterson to engage in sexual actions or disclose Mr. Popo's "horney" [sic] feeling. Nearly every time Popo and Patterson would talk in private, Popo would have a predatory look on his face while rubbing his penis from the outside of his pants. On one occasion, Mr. Popo entered Ms. Patterson's office, closed the door, dropped his pants, revealed his penis, touched it and asked if Ms. Patterson wanted it. Mr. Popo would sit next to Ms. Patterson and run his hand along her leg and attempt to reach underneath her skirt to reach her private area. These examples are by no means all inclusive, and Ms. Patterson is deeply disturbed by Mr. Popo's dark and humiliating advances.

## FAILURE TO E-VERIFY KITCHEN STAFF

In addition to the disturbing acts alleged to have been taken by Mr. Popo, it is further alleged that Mr. Popo, through Two Fingers, Four Fingers, and Six Fingers, hired and employed persons that were are not lawfully able to work in the United States. Mr. Popo asked Ms. Patterson and other employees to not E-verify these employees, specifically the kitchen staff, for fear of being investigated and prosecuted by the federal authorities. Be advised that in the event we are able to confirm this through the discovery process, please understand that we will have a duty to report this information to the U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, and Federal Bureau of Investigation.

## LEGAL ANALYSIS

### A. Title VII of the Civil Rights Act (All Restaurant LLCs)

Title VII of the Civil Rights Act provides that an employer may not "discriminate against an individual with respect to [her] compensation, terms,

01.12.15 Ltr to Two Fingers et al.    4
Patterson adv. Two Fingers LLC et al.
Rule 408 Settlement Communication

conditions, or privileges or employment because of [her]… sex." 42 U.S.C. § 2000e-2(a)(1). Title VII also reaches the creation or perpetuation of a discriminatory work environment. In other words, sexual harassment constitutes unlawful discrimination under Title VII. *Meritor Sav. Bank v. Vinson*, 477 U.S. 57, 66 (1986). If the harassing employee is the victim's co-worker, the employer may be held liable only if it was negligent in controlling working conditions. *Vance v. Ball State Univ.*, 133 S.Ct. 2434 (2013). "In cases in which the harasser is a supervisor, however, different rules apply, and the employer is held vicariously liable." *Id.* "An employee is a supervisor for purposes of vicarious liability under Title VII if he or she is empowered by the employer to take tangible actions against the victim." *Vance*, 133 S.Ct. at 2439. Tangible employment actions are the means by which a supervisor brings the official power of the enterprise to bear on subordinates, which consists of significant change in employment status such as firing, promoting, reassignment, and change in benefits and salary. *Id.*; *Pennsylvania State Police v. Suders*, 542 U.S. 129, 137-38(2004).

To establish a violation of Title VII, the plaintiff must prove (1) she was subjected to sexual advances, requests for sexual conduct, or other verbal or physical conduct of a sexual nature, (2) the conduct was unwelcome, (3) the conduct was sufficiently severe or pervasive to alter the conditions of the plaintiff's employment and create an abusive work environment, (4) the plaintiff perceived the working environment to be abusive or hostile, and (5) a reasonable woman in the plaintiff's circumstances would consider the working environment to be abusive or hostile. *Fuller v. City of Oakland, California*, 47 F.3d 1522, 1527 (9th Cir. 1995); *Harris v. Forklift Sys., Inc.*, 510 U.S. 17, 23 (1993).

Here, there is no reasonable doubt that Mr. Popo's repeated and pervasive sexual advances, which the majority of the time were grotesque, rises to the level of sexual harassment of an employee in violation of Title VII. Mr. Popo repeatedly requested sexual favors and at times assaulted Ms. Patterson, which Ms. Patterson did not welcome. It was so severe that Mr. Popo would reveal his naked penis, shove his tongue down her throat, and request threesomes with her. The sexual advances were pervasive in that they occurred at every shift at which Mr. Popo was present. Indeed, any woman, reasonable or not, would consider the working environment Ms. Patterson endured to be not only abusive, but also dark and disturbing.

Moreover, Mr. Popo's actions in the context of his status as Ms. Patterson's supervisor makes each of the LLC's strictly liable. Ms. Patterson was employed by all three Fingers' LLCs, and for each, Mr. Popo was her supervisor because he had the power to take tangible actions such as reassigning Ms. Patterson, hiring employees, promoting Ms. Patterson, changing her salary, and all other acts that an owner vested with final authority can take. In the context of his position as supervisor, Mr. Popo exposed his penis, assaulted Ms. Patterson, touched her breasts, sent her disturbing text messages, and asked her to engage in sexual intercourse with him and another female employee. As a result of Mr. Popo's actions and his status as Ms. Patterson's supervisor, Two Fingers, Four Fingers, and Six Fingers are all strictly liable for the sexual harassment. Indeed, "a supervisor's power and authority invests his or her harassing

PHOENIX | SAN FRANCISCO

01.12.15 Ltr to Two Fingers et al.    5
Patterson adv. Two Fingers LLC et al.
Rule 408 Settlement Communication

conduct with a particular threatening character, and in this sense, a supervisor is always aided by the agency relation." *Burlington Industries, Inc. v. Ellerth*, 524 U.S. 742 (1998).

Additionally, Two Fingers, Four Fingers, and Six Fingers will be unable to take advantage of any affirmative defense in the event this matter proceeds to litigation. Specifically, none of the restaurants exercised reasonable care to prevent and promptly correct the sexual harassment, and Ms. Patterson was unable to report the behavior to anyone because (a) there is no human resources, and (b) there are no preventative or corrective opportunities provided by any of the restaurants. *Faragher v. Boca Raton*, 425 U.S. 775 (1998). Accordingly, all of the LLCs will be found liable for a violation of Title VII.

### B. Intentional Infliction of Emotional Distress (Joseph and Gabriella Popo)[1]

To establish a claim for intentional infliction of emotional distress, the plaintiff must show that (1) defendant's (Popo) conduct was extreme and outrageous, (2) defendant's conduct was intentional or reckless, and (3) defendant's conduct caused plaintiff to suffer severe emotional distress. *Ford v. Revlon*, 153 Ariz. 38, 734 P.2d 580 (1987); *Wallace v. Casa Grande Union High School Dist.*, 184 Ariz. 419, 909 P.2d 486 (Ct. App. 1995).

Here, it is clear that Mr. Popo's actions at the workplace, in a position of authority, were extreme and outrageous. Mr. Popo's disturbing actions caused Ms. Patterson, a young, educated and hard-working woman, to suffer severe emotional distress exhibited by outward physical symptoms such as acne breakouts, constant worry, crying, sleepless nights, and to cause her to live in total and complete fear of her boss and of working for him.

### C. Battery (Joseph and Gabriella Popo)[2]

To establish a battery cause of action, the plaintiff must prove that (1) the defendant (Popo) intended to cause harm or offensive contact with the plaintiff or to cause plaintiff an apprehension of an immediate harmful or offensive contact, (2) defendant caused a harmful or offensive contact with plaintiff, and (3) damages. *Garcia v. United States*, 826 F.2d 806 (9th Cir. 1987); Restatement (Second) of Torts §§ 13-20.

Here, Mr. Popo intended to cause and did cause offensive contact with Ms. Patterson on a number of occasions. As stated *ad nauseam* above, Mr. Popo cornered Ms. Patterson and touched her breasts, repeatedly rubbed up against her breasts, shoved his tongue down her throat, and there are many other examples. Moreover, damages are presumed in a battery cause of action. Prosser, Law of Torts § 7 (4th Ed. 1971).

---

[1] Ms. Patterson only intends on suing Mr. Popo and his wife for Intentional Infliction of Emotional Distress at this time since the agency analysis for Title VII and common law theories differ.

[2] Ms. Patterson only intends on suing Mr. Popo and his wife for Battery at this time since the agency analysis for Title VII and common law theories differ.

01.12.15 Ltr to Two Fingers et al.    6
Patterson adv. Two Fingers LLC et al.
Rule 408 Settlement Communication

### D. Assault (Joseph and Gabriella Popo)[3]

To establish an assault cause of action, the plaintiff must prove that (1) the defendant (Popo) intended to cause harm or offensive contact with the plaintiff or to cause plaintiff an apprehension of an immediate harmful or offensive contact, (2) defendant caused plaintiff apprehension of an immediate harmful or offensive contact, and (3) damages. Restatement (Second) of Torts §§ 21-34.

Here, the same analysis can be used as for battery. Although there is an abundance of examples, Mr. Popo's actions of sticking his tongue down Ms. Patterson's throat satisfies this cause of action.

### GABRIELLA POPO WILL BE SUED PURSUANT TO A.R.S. § 25-215

Since Arizona is a community property state, Mrs. Popo will be sued pursuant to A.R.S. § 25-215 for the counts against Mr. Popo only. These counts include Intentional Infliction of Emotional Distress, Battery, and Assault.

### LITIGATION HOLD – SPOLIATION

All addressees of this correspondence, including all entities and persons addressed, are hereby put on notice to not destroy, lose or otherwise spoliate the following tangible things:

- All text messages, e-mails, correspondence and intranet communications sent by and between any recipient of this letter;
- All text messages, e-mails, correspondence and intranet communications sent by any addressee of this letter to Amy Patterson;
- All text messages, e-mails, correspondence and intranet communications received by any addressee of this letter from Amy Patterson;
- Amy Patterson's personnel and employment file;
- The personnel file of all kitchen staff at each of the three restaurants referenced herein;
- All e-verify records relating to all kitchen staff at each of the three restaurants referenced herein; and,
- Any and all videos of the interior of all three restaurants during the timeframe of January 1, 2014 through December 31, 2015.

Your failure to retain these documents and communications will result in a spoliation jury instruction and sanctions against you if this matter proceeds to litigation.

---

[3] Ms. Patterson only intends on suing Mr. Popo and his wife for Assault at this time since the agency analysis for Title VII and common law theories differ.

01.12.15 Ltr to Two Fingers et al.    7
Patterson adv. Two Fingers LLC et al.
Rule 408 Settlement Communication

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Be advised that as an administrative prerequisite to filing a Title VII cause of action in federal court, Ms. Patterson has a legal obligation to file a Charge of Discrimination with the Equal Employment Opportunity Commission. Please see Addendum A for a draft of these charges.

## PUBLIC HAS RIGHT TO KNOW ABOUT RESTAURANT'S SEXUAL PRACTICES

As you all know, Stone & Vine, Salt & Lime and Black + Bleu are popular restaurants that advertise their food, service and overall "family" atmosphere to the general public. Ms. Patterson is seriously concerned that these restaurants are duping the general public into believing some of the advertising policies of the restaurants and therefore generally misleading the public. The vile and dark actions of one of its owners is a matter of public concern. Indeed, as a former customer myself, I would want to know whether one of the owners is a predator of young women. Accordingly, if this matter proceeds to litigation, we intend on issuing monthly press releases targeting the Phoenix area advising the public of the sexual actions that have occurred at these restaurants. If and when a judgment is obtained, we intend to publish the judgment as well.

## DAMAGES

Ms. Patterson will be seeking $300,000.00 in punitive damages pursuant to Title VII and another $1,000,000.00 in damages pursuant to the common law counts of intentional infliction of emotional distress, battery and assault. We feel the continuous and vile actions taken by Mr. Popo rise well above the evil heart threshold needed for a punitive damages award.

## OFFER OF COMPROMISE

Ms. Patterson offers the sum of $500,000.00 to resolve this matter. Since the large majority of any settlement will be premised upon punitive damages, our offer is subject to no federal tax withholdings. In consideration, Ms. Patterson will waive all rights and execute a settlement agreement containing non-disparagement and confidentiality provisions. As part and parcel to any settlement, each of the three LLCs will have to promise within the settlement agreement that it will install an HR department to advise on sexual harassment policies and will no longer employ persons not legally authorized to work in the United States, which takes work away from citizens and legal residents.

Our offer will remain open until Friday, January 23, 2015. If we are unable to come to a compromise by that time, please understand that we will pursue the full array of redress including a Charge of Discrimination filed with the Equal Employment Opportunity Commission (Addendum A), a Complaint filed in federal court after our immediate request for Right to Sue letter (Addendum B), publication of the first press

01.12.15 Ltr to Two Fingers et al.   8
Patterson adv. Two Fingers LLC et al.
Rule 408 Settlement Communication

release, reporting Mr. Popo's actions to the Phoenix Police Department with the request for criminal felony battery and assault charges, and reporting all three LLCs to the Department of Homeland Security and Federal Bureau of Investigation for their suspected hiring and employment of illegal foreign workers.

Please do not contact my client in any manner. My client does not welcome any contact by any agent, employee, officer, director or member of any of the LLCs. I strongly urge each of you to retain independent counsel, who can contact me directly at 602-510-9409 or strojnik@skplaw.com. Thank you.

Very Truly Yours,

The Strojnik Firm L.L.C.

Peter Kristofer Strojnik

# Addendum A

40405-18-7505EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>**Amy Patterson** | Home Phone (Incl. Area Code)<br>**(575) 640-7773** | Date of Birth<br>**7/2/82** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **15255 North Frank Lloyd Wright Boulevard, Unit 2105** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more then two, list under PARTICULARS below.)

| Name<br>**Two Fingers, LLC dba Stone & Vine Restaurant** | No. Employees, Members<br>**15 or more** | Phone No. (Include Area Code)<br>**(480) 451-1850** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **9343 East Shea Boulevard, Suite 100, Scottsdale, Arizona 85260** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)  **Title VII**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest ___  Latest **12/2014**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for respondent in September 2011 as a server. After two years of excellent work, I was promoted to manager. It was at this time that I began working across three different restaurants owned by different LLCs but with one common owner in Joseph M. Popo. The restaurants were Stone & Vine, Salt & Lime, and Black + Bleu.

Beginning at or around the start of 2014, Joseph Popo, my immediate supervisor, began making aggressive and disgusting sexual advances toward me. These advances would come in the form of text messages or in person and occurred at each of my shifts when he was at the restaurant. These advances included: (1) exposing his penis to me and asking me if he wanted it; (2) touching my breasts; (3) asking me to engage in sexual intercourse with him; (4) asking me to have a threesome with him and another employee; (5) grabbing me and sticking his tongue down my throat; (6) sending sexually suggestive text messages. These are not all inclusive. I have text messages spanning the past year.

The work environment was so fearful for me due to these repeated advances that I finally quit in December 2014.

I believe I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **01-26-15**     **Draft**<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

40405-18-7505EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Amy Patterson** | **(575) 640-7773** | **7/2/82** |

| Street Address | City, State and ZIP Code |
|---|---|
| **15255 North Frank Lloyd Wright Boulevard, Unit 2105** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Four Fingers, LLC dba Salt & Lime Modern Mexican Grill** | **15 or more** | **(480) 451-1850** |

| Street Address | City, State and ZIP Code |
|---|---|
| **9397 East Shea Boulevard, Suite D120, Scottsdale, Arizona 85260** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest          Latest **12/2014** |
| ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify)  **Title VII** | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began working for respondent in May 2014 as a general manager. During my employment Joseph Popo, my immediate supervisor, began making aggressive and disgusting sexual advances toward me. These advances would come in the form of text messages or in person and occurred at each of my shifts when he was at the restaurant. These advances included: (1) exposing his penis to me and asking me if he wanted it; (2) touching my breasts; (3) asking me to engage in sexual intercourse with him; (4) asking me to have a threesome with him and another employee; (5) grabbing me and sticking his tongue down my throat; (6) sending sexually suggestive text messages. These are not all inclusive. I have text messages spanning the past year.

The work environment was so fearful for me due to these repeated advances that I finally quit in December 2014.

I believe I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **01-26-15**          **Draft** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

40405-18-7505EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Amy Patterson** | Home Phone (Incl. Area Code)<br>**(575) 640-7773** | Date of Birth<br>**7/2/82** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **15255 North Frank Lloyd Wright Boulevard, Unit 2105** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**Six Fingers, LLC dba Black + Bleu** | No. Employees, Members<br>**15 or more** | Phone No. *(Include Area Code)*<br>**(480) 338-6636** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **9397 East Shea Boulevard, Suite B135, Scottsdale, Arizona 85260** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)* **Title VII**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest     Latest **12/2014**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s)):*

I began working for respondent in October 2014 as a general manager. During my employment Joseph Popo, my immediate supervisor, began making aggressive and disgusting sexual advances toward me. These advances would come in the form of text messages or in person and occurred at each of my shifts when he was at the restaurant. These advances included: (1) exposing his penis to me and asking me if he wanted it; (2) touching my breasts; (3) asking me to engage in sexual intercourse with him; (4) asking me to have a threesome with him and another employee; (5) grabbing me and sticking his tongue down my throat; (6) sending sexually suggestive text messages. These are not all inclusive. I have text messages spanning the past year.

The work environment was so fearful for me due to these repeated advances that I finally quit in December 2014.

I believe I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **01-26-15**  Date       **Draft**  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# Addendum B

1   Peter K. Strojnik, State Bar No. 026082
    THE STROJNIK FIRM L.L.C.
2   Esplanade Center III, Suite 700
    2415 East Camelback Road
3   Phoenix, Arizona 85016
    Telephone: (602) 510-9409
4   Facsimile: (602) 916-0253
    Strojnik@skplaw.com
5
    Attorneys for Plaintiff
6   Amy Patterson

7
                    UNITED STATES DISTRICT COURT
8
                        DISTRICT OF ARIZONA
9

10  AMY PATTERSON,
                                        Case No: DRAFT
11              Plaintiff,

12  vs.                                 COMPLAINT

13  TWO FINGERS, LLC, an Arizona
    corporation *dba* Stone and Vine; FOUR
14  FINGERS, LLC, an Arizona corporation    JURY TRIAL DEMANDED
    *dba* Salt & Lime Modern Mexican Grill;
15  SIX FINGERS, LLC, an Arizona
    corporation *dba* Black + Bleu; JOSEPH M.
16  POPO and GABRIELLA POPO,

17              Defendants.

18

19      Plaintiff alleges:

20                      INTRODUCTION

21      1.    This is a lawsuit for compensatory, declaratory and injunctive relief

22  against Defendants to redress the deprivation of rights secured to the Plaintiff by the

23  Civil Rights Act of 1964, Title VII, 42 U.S.C. § 2000e et seq., as amended by the Equal

24  Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16 and the Civil Rights Act

25  of 1991, Pub. L. No. 102-166, arising from the hostile work environment caused to

26  Plaintiff by one Joe Popo, the managing member of each of the three Defendants, and

27  thereafter constructive discharge.

28

2.      This lawsuit is also brought to remedy the certain common law violations perpetrated by Defendants including battery, assault, and intentional infliction of emotional distress. Defendants employed Plaintiff at three different restaurants, and the managing member of each Defendant – Joe Popo – engaged in a systematic and continuous sexual harassment of Plaintiff including repeatedly grabbing her buttocks, showing her his penis in her office and asking her on multiple occasions to participate in sex acts with him.

## JURISDICTION AND VENUE

3.      Jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1331 and 1343. The common law claims are part and parcel the jurisdiction over the Title VII cause of action.

4.      The employment practices and other wrongful acts alleged to be unlawful were committed within the jurisdiction of this District, and venue is proper in this division pursuant to LRCiv 77.1(a).

5.      Plaintiff has exhausted her federal and state administrative remedies as to the Title VII cause of action. Defendant issued a Right to Sue letter.

## PARTIES

6.      Plaintiff Amy Patterson is a single female residing in Scottsdale, Maricopa County, Arizona.

7.      Defendant Two Fingers, LLC is an Arizona corporation doing business as Stone and Vine, which is an Italian restaurant in North Scottsdale. The two managers for Two Fingers are Joseph M. Popo and Gabby Bell.

8.      Defendant Four Fingers, LLC is an Arizona corporation doing business as Salt & Lime Modern Mexican Grill, which is another restaurant in North Scottsdale but that serves Mexican food. The two managers for Four Fingers are Joseph M. Popo and Jeffrey T. Gerlinger. Four Fingers did not become incorporated until September 24, 2013, and Salt & Lime began its operations shortly thereafter.

1    9.    Defendant Six Fingers, LLC is an Arizona Corporation doing business as

2    Black + Bleu, which is a third restaurant in North Scottsdale. One of the managers for

3    Six Fingers is an LLC operated by Joseph M. Popo. Six Fingers did not become

4    incorporated until February 7, 2014, and Black + Bleu began its operations shortly

5    thereafter.

6    10.    All restaurants mentioned herein operate in the same plaza in North

7    Scottsdale on Shea Road. These defendants are referenced herein as the corporate

8    Defendants.

9    11.    Defendant Joseph M. Popo ("Popo") is a member for all three Defendant

10    corporations listed herein. For purposes of Plaintiff's Title VII claims, the corporate

11    Defendants are vicariously liable for Popo's acts listed below. For purposes of

12    Plaintiff's common law claims, Popo is individually liable because he was not acting

13    within the course and scope of employment when taking the acts listed below.

14    12.    Defendant Gabriella Popo is Popo's wife and is included in this lawsuit

15    pursuant to A.R.S. § 25-215 although Mrs. Popo may have relevant information about

16    Popo's past alleged indiscretions that relate to the current allegations.

17    <center>**FACTUAL BACKGROUND**</center>

18    13.    In September 2011, Plaintiff became employed as a server with Stone &

19    Vine. Her immediate supervisor was Popo.

20    14.    Plaintiff worked night shifts at Stone & Vine while she pursued an

21    accountancy career at a local CPA firm during the day hours.

22    15.    For two full years, Plaintiff performed her job in a stellar fashion, and

23    consequently she was promoted from server to manager in December 2013. It was at or

24    around this time that Popo began making inappropriate and at times grotesque sexual

25    advances toward Plaintiff. *Infra*. Popo, although married with children, was also having

26    a sexual affair with another of the corporate Defendants' employees.

27    16.    Plaintiff performed her new job as manager well. In or around May 2014,

28    Salt & Lime (as opposed to Stone & Vine) operations were not doing well.

<center>3</center>

1   Accordingly, Popo asked Plaintiff to work at Salt & Lime also to train the staff, ensure

2   food lines were accurate, ensure the shifts went correctly, and generally to oversee

3   operations.

4       17.    After a period of one month, Plaintiff resumed her full duties as Manager

5   at Stone & Vine. Due in part to Plaintiff's efforts at Salt & Lime, Popo promoted

6   Plaintiff from a shift manager to a salary manager. In other words, the corporate

7   Defendants agreed to pay Plaintiff a salary versus payment-per-shift. This occurred in

8   June 2014.

9       18.    In early October 2014, Popo asked Plaintiff to take over duties at Black +

10   Bleu, which had opened in September 2014. Plaintiff's duties were similar to her duties

11   at Salt & Lime, e.g. correct management problems and ensure the smooth operation of a

12   new restaurant.

13       19.    While Plaintiff was working at Black + Bleu, Plaintiff was promoted from

14   salary manager to General Manager.

15       20.    At or around the beginning of 2014, Popo began making inappropriate

16   and grotesque sexual advances during each shift Plaintiff worked. In other words, each

17   shift Plaintiff worked, Popo would make an inappropriate sexual advance if he was

18   present.

19       21.    Examples of these advances include Popo repeatedly slapping Plaintiff in

20   the buttocks in a sexually suggestive manner.

21       22.    Popo would also repeatedly and bluntly corner Plaintiff in a sexually

22   aggressive manner and ask her to have sex with him, which caused Plaintiff fear that

23   Popo would sexually attack her.

24       23.    At times, if Plaintiff and Popo were walking down the hallway in opposite

25   directions, Popo would grab Plaintiff and stick his tongue down Plaintiff's throat.

26       24.    Popo would repeatedly rub his penis from the outside of his pants while

27   speaking with Plaintiff.

28

25. Popo would often rub his arm against Plaintiff's breasts and at times actually cup Plaintiff's breasts.

26. Even though married with children, during this timeframe Popo was having a sexual affair with an employee named Amanda. Popo and Amanda would often insist that Plaintiff have a "threesome" with them, which means that Popo and Amanda approached Plaintiff about having sex all with each other at the same time.

27. In one of the more shocking occurrences, Popo at one point came into Plaintiff's office while Plaintiff was sitting at her desk. Popo dropped his pants, revealed his penis, touched his penis and asked Plaintiff if she wanted it.

28. In another even more disturbing scenario, Popo text messaged Plaintiff while she was working. The text message read that Popo was at home and his daughters were playing around at the house with some friends and he revealed that he was "horney" [sic], to wit:

Popo:       Nope right now I'm just laying down

Plaintiff:   Hard to imagine

Popo:       Girls have friends over and they are running around

Plaintiff:   Cute!

Popo:       But I am horney [sic]

Plaintiff:   Oh dang. Just got not cute.

29. These occurrences of vile and disgusting behavior were continuous at each of Plaintiff's shifts such that she could no longer tolerate the degradation coming from Popo. She continuously asked him to stop, but he refused. There was no preventative or corrective opportunities provided by the corporate Defendants, and therefore Plaintiff was forced to resign her position as General Manager. In fact, the corporate defendants did not have an HR department or other department dedicated to harassment policies.

30. Although Plaintiff's job performance was impeccable, and Defendants rewarded her performance with at least four promotions, the last of which was two

1   months prior to her resignation, Popo also repeatedly and aggressively treated her in a

2   derogatory manner in addition to the sexual advances. Examples of his hostility

3   included repeated yelling, using swear words toward Plaintiff. This hostility was both in

4   Plaintiff's office and via text messages. For example, in one text message exchange the

5   following occurred:

6       Popo: I am sick and tired of hearing fucking excuses!!...Really inaccurate well

7       everyone is reading it!...So its real on fucking yelp so its real

8       Plaintiff:    Ok

9       31.    As a result of Popo's continuous and degrading sexual advances and

10   hostile attitude toward Plaintiff, she has lost income, benefits, and she has suffered from

11   severe emotional distress that has exhibited physical symptoms such as sweating,

12   headaches, acne breakouts, anxiety and loss of sleep.

13       32.    Popo's and the corporate Defendants' actions complained of herein were

14   evil, degrading and done with an evil heart. Some of Popo's actions toward Plaintiff

15   were so grotesque and dark that he and the corporate Defendants should be punished to

16   the point that such behavior never repeats itself.

### COUNT ONE
### (Violation of Title VII of Civil Rights Act – Hostile Work Environment)
(42 U.S.C. § 2000e et seq.)
### (Corporate Defendants)

20       33.    Plaintiff incorporates by reference all allegations heretofore set forth.

21       34.    Popo is an immediate supervisor for Plaintiff for all three corporate

22   Defendants. Popo is able to make tangible employment actions for all three corporate

23   Defendants such as hiring, firing, reassignment, and changing benefits. Accordingly,

24   pursuant to Title VII the corporate Defendants are vicariously liable for Popo's acts.

25       35.    Plaintiff was subjected to requests for sexual conduct, verbal conduct of a

26   sexual nature, and physical conduct of a sexual nature from Popo as discussed in more

27   detail above.

28       36.    Plaintiff did not welcome this conduct.

37. The conduct was severe as described above and was so pervasive that it occurred at every one of Plaintiff's shifts.

38. Plaintiff perceived her working environment to be both abusive and hostile to the point that she found the work environment so hostile and abusive that she resigned her position.

39. A reasonable woman in Plaintiff's position would consider the environment Plaintiff experienced to be abusive, hostile and degrading.

40. As a direct and proximate result, Plaintiff has suffered lost wages, lost future wages and other damages as discussed herein.

41. Defendant acted with malice and an evil heart as described above, and Defendant knew its actions violated equal protection laws. Therefore, Plaintiff is entitled to punitive damages. Defendants should be punished for Popo's degrading, offensive and malicious attitude and actions toward a person of the opposite sex.

## COUNT TWO
### (Intentional Infliction of Emotional Distress)
### (Popo Defendants)

42. Plaintiff incorporates by reference all allegations heretofore set forth.

43. Under common law, Popo's actions described above were not within the course and scope of employment since there was no tangible benefit to the corporate Defendants for each disgusting act he took toward Plaintiff.

44. Popo's conduct was extreme and outrageous, beyond all possible bounds of decency, and utterly intolerable in a civilized community in any setting, e.g. Popo pulling down his pants and displaying and touching his penis in front of Plaintiff.

45. Popo's conduct was intended to cause and/or was done with reckless disregard of the near certainty that Plaintiff would suffer severe emotional distress.

46. Plaintiff suffered severe emotional distress, which was exhibited by outward physical symptoms.

47.     Popo's conduct complained of herein was done with malice, an evil heart, and was so outrageous and so likely to cause tremendous harm to the Plaintiff thereby entitling the Plaintiff to punitive damages.

<div align="center">

**COUNT THREE**
**(Battery)**
**(Popo Defendants)**

</div>

48.     Plaintiff incorporates by reference all allegations heretofore set forth.

49.     Under common law, Popo's actions described above were not within the course and scope of employment since there was no tangible benefit to the corporate Defendants for each disgusting act he took toward Plaintiff.

50.     Popo intended to cause harm and offensive contact with Plaintiff, he did cause harm and offensive contact with Plaintiff, and as a result Plaintiff suffered damages.

51.     Popo's conduct complained of herein was done with malice, an evil heart, and was so outrageous and so likely to cause tremendous harm to the Plaintiff thereby entitling her to punitive damages.

<div align="center">

**COUNT FOUR**
**(Assault)**
**(Popo Defendants)**

</div>

52.     Plaintiff incorporates by reference all allegations heretofore set forth.

53.     Under common law, Popo's actions described above were not within the course and scope of employment since there was no tangible benefit to the corporate Defendants for each disgusting act he took toward Plaintiff.

54.     Popo intended to cause an apprehension in Plaintiff of immediately harmful or offensive contact, Defendant's conduct did cause Plaintiff an apprehension of immediately harmful or offensive contact, and as a result Plaintiff suffered damages.

55.    Popo's conduct complained of herein was done with malice, an evil heart, and was so outrageous and so likely to cause tremendous harm to Plaintiff thereby entitling her to punitive damages.

### PRAYER FOR RELIEF

56.    WHEREFORE, Plaintiff prays for relief as follows:

a.  Declaring the acts and practices complained of herein are in violation of Title VII;

b.  General damages and compensatory damages to be proven at trial, including:

    i.   Back pay in an amount to be proven at trial;

    ii.  Front pay in an amount to be proven at trial;

    iii. The value of lost benefits.

c.  Punitive damages pursuant to the Title VII in the amount of $300,000.00

d.  Punitive damages pursuant to the common law counts in the amount of $1,000,000.00;

e.  Prejudgment and post-judgment interest;

f.  Attorney's fees and costs of suit;

g.  For such other relief to which Plaintiff may be entitled and that this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial.

RESPECTFULLY SUBMITTED this 26th day of January, 2015.

THE STROJNIK FIRM LLC

By /s/ draft
    Peter K. Strojnik (026082)
    2415 East Camelback Road, Suite 700
    Phoenix, Arizona 85016
    Attorneys for Plaintiff

9

28.    At not point during discussions with Defendants/Counterclaimants/Third-Party Plaintiffs regarding the termination of her employment, did Patterson advise that the reason for her resignation was the result of a hostile work environment or alleged sexual harassment.

29.    Recognizing that prior occasional banter with Popo, when taken out of context, may be considered by some to be indecent, Patterson, Strojnik and Strojnik Firm conspired with one another to extort money from Popo by threatening the disclosure of such communications, potential criminal activity, and alleged affairs to the public at large.

30.    Patterson, Strojnik and Strojnik firm embarked on a deliberate and malicious campaign to defame Defendants/Counterclaimants/Third-Party Plaintiffs and to injure their businesses, reputations and personal lives.

31.    Patterson, Strojnik and Strojnik Firm, unethically, unlawfully and/or tortiously threatened Defendants/Counterclaimants/Third-Party Plaintiffs with the disclosure of alleged criminal activity unless Defendants/Counterclaimants/Third-Party Plaintiffs paid Patterson, Strojnik and Strojnik Firm.

32.    On January 12, 2015, to facilitate the extortion of money from Defendants/Counterclaimants/Third-Party Plaintiffs, Patterson, Strojnik and Strojnik Firm threatened an increasing scheme of publicity, inclusive of postings on numerous websites, picketing, disclosure of alleged affairs, pamphlets, reporting to governmental agencies, disclosure to news agencies, and reporting of alleged criminal activity to the Phoenix Police Department, Department of Homeland Security and Federal Bureau of Investigations. *See correspondence dated January 12, 2015*, attached hereto as Exhibit "C."

33.    On January 12, 2015, Patterson Strojnik and Strojnik Firm demanded payment in the amount of $500,000 to avoid initiation of the threatened conduct referenced in subparagraph 32, including an agreement not to seek criminal charges against Defendants/Counterclaimants/Third-Party Plaintiffs. *See correspondence dated January 12, 2015*, attached hereto as Exhibit "C."

34.    Pursuant to A.R.S. § 13-1804(a), a person commits theft by extortion by knowingly obtaining or seeking to obtain property or services by means of a threat to do in the

EXHIBIT D



# SHAME ON STONE & VINE URBAN ITALIAN RESTAURANT

**THE DIRTY ARMY:** Joseph Popo, owner of Scottsdale restaurant Stone & Vine, Salt & Lime and Black & Bleu is alleged to have sexually harassed female employee in dark and disturbing ways and hire undocumented kitchen staff. This website seems to be an effective tool when used appropriately, which is why I post here. Please see website stoneandvinesexallegations for more information and to help women against men alleged to be sexual predators.





We have a new comment system! You can either login to comment or comment anonymously by clicking "I'd rather post as guest". You can even upload your own photos!

Comments for this thread are now closed.                                    ✕

**5 Comments**     The Dirty                                    ⬤ Login

♥ Recommend     ➦ Share                                    Sort by Best

**Amypattersonisawhore**  8 days ago
This girl Amy Patterson is such a whore. Everyone knows she f*cks anything and everything, she sends nude photos to everyone. I'll have to dig some out, Amy. I still have them. I heard you filed this BS . Nice try looking for a payday but everyone in Scottsdale knows you're a lying whore. Stop spreading your STDs while you are at it. There's enough herpes and genital warts. Thank God the one you gave me was curable. GTFO here. Everyone is laughing at your fake shit.
1    Share

**Anonymous**  2 months ago
Popo? That's not an Italian name so he is scamming people into eating at an "authentic" Italian restaurant as well as raping the women he hires. Disgusting
Share

**JUSTIN BOBBY SIGHTING**

**MARLINS PITCHER MAT LATOS IS AN ASSHOLE**

**RYAN PRIEBE**

**WPG CROSS DRESSER**

Tweets by @nikrichie



**BS** → Anonymous    8 days ago

Raping? Yeah, keep making up stories. You are the disgusting one. I'm not sure who is more disgusting. Amy Patterson the liar, or Peter Strojnik- these two assholes are so lucky they found each other.

1 ^    v    Share ›



**anonymous** → Anonymous    9 days ago

Your obviously just an ignorant person with not much knowledge of the world now a days. Just another slut trying to lie and get some money out of it. not surprised if she knew exactly what she was doing the whole time.

1 ^    v    Share

**AmyPattersonisawhore** → anonymous    9 days ago

Of course she knew. She was looking for a payday the whole time. The only problem is Amy Patterson is huge whore with the std's to prove it. Typical Scottsdale whore looking for free money and tired of "working." Well, if Amy Patterson does score some cash, she should spend every dollar on Valtrex and plastic surgery.

Happy I don't have to see your ugly face when I go into have lunch



Oh and I heard your attorney is actually already ON the dirty. Peter Strojnik (Stronjik on here) is the scummiest attorney you could find. Way to be reputable, you loser whôre. Amy Patterson and Peter Strojnik should get a grip and stop filing BS lawsuits. It's bad karma - but that's probably why you are already a STD infested slut.

Share

ALSO ON THE DIRTY                                                          WHAT'S THIS?

**Oliver Dugan**
1 comment · 8 hours ago

"Jane Jonathan" — I forgot to mention that this evil, filthy monster likes to choke women in bed too. All this …

**Rob Kardashian Hates His Sister Kim Kardashian**
31 comments · 17 hours ago

Atom — Rob just realizes how f%^king psychotic and delusional the rest of that family is. His best chance for survival …

**From Vegas to Kanfen, France**
1 comment · 11 hours ago

CHINK — an asian tranny names "suki" with nasty tattoos and red hair. REAL ORIGINAL

**Marlins Pitcher Mat Latos Is An Asshole**
13 comments · 2 hours ago

Mike — Not saying this is fake, but can't anyone just change a friends name in their contacts to whatever name they …

DISQUS



 Roberta J. Bechtel, Brynann        Top Comments -
Wilcoxen Kramer, Diane Almozara and 28 others like
this.

1 share

 **Marion Ambrosius** Can't wait ! It's right down
the street from me!!
Like · Reply · 1 · February 20 at 5:14pm

 **Gina Harris** Keep driving by to check your
opening
Like · Reply · 1 · February 20 at 12:38pm

 **Becky Kartagener** When are you opening?
Like · Reply · February 22 at 2:29pm

 **Mary Taylor Brooks** Yes hurry before it's too
hot lol
Like · Reply · February 21 at 8:37am

 Peter Strojnik If you have any information about
Stone & Vine owner Joe Popo sexually
harassing current or former employees, please
visit the website

to contact. Former employee alleges that Mr.
Popo sexually assaulted and harassed her while
working at the Scottsdale location.
Reply · Unhide ·

 **Mark Stevens** So are we. ☐
Like · Reply · February 20 at 12:29pm

View 1 more comment

 Write a comment... 



 **Stone & Vine Urban Italian Chandler**
Posted by Isaac Awecollective [?]
February 22 · Edited ·

If you haven't entered our $200 gift card giveaway yet,
there's still time . . . http://woobox.com/7sirhj

🏷 **Tag Photo**    📍 **Add Location**    ✏ **Edit**

Like · Comment · Share

 Leana Wichman, Kim Hines, Stacy Greenawalt **and 5
others like this.**

 Peter Strojnik If you have any information about
Stone & Vine owner Joe Popo sexually
harassing current or former employees, please
visit the website

to contact. Former employee alleges that Mr.
Popo sexually assaulted and harassed her while
working at the Scottsdale location.
Reply · Unhide · 8 hrs

 Write a comment...    📷 ☺



We're seeking experienced, hospitality-loving people to join the Stone & Vine Urban Italian Chandler team! We have openings in the FOH & BOH, cooks, servers, hosts, dishwashers, managers and bartenders for our soon-to-open location. If this sounds like you, stop by our hiring fair with your resume in hand and a great big smile on Monday or Tuesday . . . we'll interview you on the spot! If you can't make it either day, you can send your resume to stoneandvine@jgprc.com!

Please share with anyone who might be interested! #Chandler #Hiring

Tag Photo    Add Location    Edit

Like · Comment · Share

Dawn DeMarie Straus likes this.

1 share

Peter Strojnik If you have any information about Stone & Vine owner Joe Popo sexually harassing current or former employees, please visit the website www.STONEANDVINE.STOPSTROJNIK.com to contact. Former employee alleges that Mr. Popo sexually assaulted and harassed her while working at the Scottsdale location.

Reply · Unhide · 8 hrs

Write a comment...



 Posted by Isaac Awecollective
February 24

TODAY is our final day of our Hiring Fair! We're seeking experienced, hospitality-loving people to join the Stone & Vine Urban Italian Chandler team with openings in the FOH & BOH, cooks, servers, hosts, dishwashers, managers and bartenders for our soon-to-open location. Stop by until 4pm with your resume in hand . . . we'll interview you on the spot! If you can't make it today, send your resume to stoneandvine@jgprc.com!

🏷 Tag Photo    ◉ Add Location    ✎ Edit

Like · Comment · Share

👍 David Santos Hi and Nancy          Top Comments ·
Andrulonis-Dimatteo like this.

 Peter Strojnik If you have any information about Stone & Vine owner Joe Popo sexually harassing current or former employees, please visit the website STONEANDVINESEXALLEGATIONS to contact. Former employee alleges that Mr. Popo sexually assaulted and harassed her while working at the Scottsdale location.
Reply · Unhide ·

Clinton Allen Open already!
Like · Reply · February 24 at 6.25pm · Edited

 Write a comment...



 **Sherah Williams** Do you take reservations for large groups?
Like · Reply · March 2 at 12:58pm

 **Stone & Vine Urban Italian Chandler** We do!
Like · 👍 1 · Commented on by Jen Kindall [?] · March 2 at 3:42pm

💬 View more replies

 **Tony Quadros** Open tonight March 2nd?
Like · Reply · March 2 at 12:20pm

 **Amy Maxwell** Wonderful news! See you this evening for dinner.
Like · Reply · March 2 at 11:39am

 **Heather Frasure Dill** Are you open today?
Like · Reply · March 2 at 11:39am · Edited

 **Mark Stevens** AWESOME!!
Like · Reply · March 2 at 11:54am

 Peter Strojnik If you have any information about Stone & Vine owner Joe Popo sexually harassing current or former employees, please visit the website STONEANDVINESEXALLEGATIONS to contact. Former employee alleges that Mr. Popo sexually assaulted and harassed her while working at the Scottsdale location.
Reply · Unhide · 9 hrs

💬 **View 1 more comment**

 Write a comment... 



the Caprese risotto and I had veal marsala.
Excellent. And a bottle of Conn Creek (Herrick)
cab and the night was perfect. We e... See More

Like · Reply · March 2 at 7:21pm



**Jami Hunter-Lindberg** Hooray and congrats!
Can't wait to come check it out!

Like · Reply · March 3 at 5:42am

**Ilan Texon** Congratulations and good luck

Like · Reply · March 2 at 7:12pm

**Chandler AZ - Residents' Resource** Welcome
to the neighborhood - look forward to helping
you grow

Like · Reply · March 2 at 7:52pm

**Peter Strojnik** If you have any information about
Stone & Vine owner Joe Popo sexually
harassing current or former employees, please
visit the website
STONEANDVINESEXALLEGATIONS to
contact. Former employee alleges that Mr. Popo
sexually assaulted and harassed her while
working at the Scottsdale location.

Reply · Unhide ·

**Amy Pirretti** Dominique Barba Keli Mumford

Like · Reply · 👍 1 · March 2 at 7:41pm

**Jami Hunter-Lindberg** Michael Lindberg

Like · Reply · March 3 at 5:43am

**Maribel Salazar** Howard Brian Howard

Like · Reply · March 2 at 4:06pm

Write a comment...



 **Stone & Vine Urban Italian Chandler**
Posted by Isaac Awecollective
March 5

Planning on visiting us soon now that we're open? View our full menu at http://bit.ly/StoneVineChandler + make your reservation for this weekend at 480.659.7438.

🏷 Tag Photo    📍 Add Location    ✏ Edit

Like · Comment · Share

👍 Sharon Stauss, Michele Ackerson    Top Comments -
Lane, Marion Ambrosius and 6 others like this.

 **Tony Quadros** Missing the steamed clams. Any chance will add them at some point?
Like · Reply · 👍1 · March 5 at 3:19pm

**Mary Taylor** Brooks Pizza was amazing!
Like · Reply · March 7 at 8:20am

 Peter Strojnik If you have any information about Stone & Vine owner Joe Popo sexually harassing current or former employees, please visit the website STONEANDVINESEXALLEGATIONS to contact. Former employee alleges that Mr. Popo sexually assaulted and harassed her while working at the Scottsdale location.
Reply · Unlike ·

Write a comment... 





Like · Comment · Share

 Loy Teter, Colleen Harman, Jami      Top Comments ·
Hunter-Lindberg and 11 others like this.

**Gina Harris** Been there twice already and
enjoyed their happy hour. They still have some
training to do, but all in all a great expierence
Like · Reply · 👍 1 · March 8 at 3:42pm

 **Heather Kucenski** Done so already- what a
great experience!
Like · Reply · March 8 at 11:06am

 **Jami Hunter-Lindberg** Do you guys offer any
gluten free items?
Like · Reply · March 8 at 9:20pm

 **Loy Teter** Glad they are in South Chandler.
..great stuff!
Like · Reply · March 9 at 8:58pm

 Peter Strojnik If you have any information about
Stone & Vine owner Joe Popo sexually
harassing current or former employees, please
visit the website
STONEANDVINESEXALLEGATIONS to
contact. Former employee alleges that Mr. Popo
sexually assaulted and harassed her while
working at the Scottsdale location
Reply · Unhide · Hide

 Write a comment... 



 **Stone & Vine Urban Italian Chandler**
Posted by Isaac Awecollective
March 9

Our Chicken Club Panini is calling you for lunch here in #Chandler!

🏷 **Tag Photo**    📍 **Add Location**    ✎ **Edit**

Like  Comment  Share

👍 Carolyn Lubbers, Mary Missy Robertson, Nancy
Shonka Padberg and 4 others like this.

 Peter Strojnik If you have any information about
Stone & Vine owner Joe Popo sexually
harassing current or former employees, please
visit the website
STONEANDVINESEXALLEGATIONS to
contact. Former employee alleges that Mr. Popo
sexually assaulted and harassed her while
working at the Scottsdale location.
Reply · Unhide

Write a comment... 



 **Stone & Vine Urban Italian Chandler**
Posted by Isaac Awecollective
17 hrs ·

It's #HappyHour here in #Chandler! From 3 - 7pm daily
enjoy $2 off all Appetizers, Bruschettas & Pizzas.

🏷 **Tag Photo**   ◉ **Add Location**   ✎ **Edit**

Like   Comment   Share

👍 Laura Shaha Dahl, Nancy Shonka   Top Comments ·
Padberg, Jean Grimes and 12 others like this.

 **Mark Stevens** OK...we just got back from S and
V in Chandler. We had the Bruschettas,
meatballs and the Harvest salad. We have been
there twice since they opened and love the
place....Thanks Alexis for the great service
Like · Reply · 15 hrs

 Peter Strojnik If you have any information about
Stone & Vine owner Joe Popo sexually
harassing current or former employees, please
visit the website

to contact. Former employee alleges that Mr.
Popo sexually assaulted and harassed her while
working at the Scottsdale location.
Reply · Unhide ·

 Write a comment... 



Q Search



**Peter Strojnik** ▶ Stone & Vine
**Urban Italian Chandler**
Just now · 🌐

If you have any information about Stone &
Vine owner Joe Popo sexually harassing
current or former employees, please visit
www.stoneandvinesexallegations.com to
contact. Former employee alleges that Mr.
Popo sexually assaulted and harassed her
while working at the Scottsdale location.

**www.stoneandvine**sexallegations.com

stoneandvinesexallegations.com

 Like         Comment         Share

Be the first person to like this.

Comment as Stone &... 😊    Post


News Feed


Requests


Messages


Notifications


More