Eddie A. Pantiliat (State Bar No. 015231)
**HYMSON GOLDSTEIN & PANTILIAT, PLLC**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: 480-991-9077
minute@legalcounselors.com

Jason R. Mullis (State Bar No. 024289)
jmullis@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016-4210
Phone: 602-441-1300 ♦ Fax 602-441-1350

*Attorneys for Two Fingers, LLC dba Stone and Vine Urban Italian Restaurant, Four Fingers, LLC dba Salt & Lime Modern Mexican Grill, Six Fingers, LLC dba Black & Bleu Restaurant, and Joseph M. Popo and Gabriella Popo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| AMY PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>TWO FINGERS, LLC, an Arizona corporation dba Stone and Vine Urban Italian Restaurant; FOUR FINGERS, LLC, an Arizona corporation dba Salt & Lime Modern Mexican Grill; SIX FINGERS, LLC, an Arizona corporation dba Black & Bleu Restaurant; JOSEPH M. POPO and GABRIELLA POPO,<br><br>Defendants. | Case No. 2:15-cv-00494-NVW<br><br>**PETITION FOR AN ORDER TO SHOW CAUSE WHY A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED**<br><br>[Assigned to The Hon. Neil V. Wake] |
| TWO FINGERS, LLC, an Arizona corporation dba Stone and Vine Urban Italian Restaurant; FOUR FINGERS, LLC, an Arizona corporation dba Salt & Lime Modern Mexican Grill; SIX FINGERS, LLC, an Arizona corporation dba Black & Bleu Restaurant; JOSEPH M. POPO and GABRIELLA POPO,<br><br>Counterclaimants, | |

LEGAL:10453-0075/4297951.1

v.

AMY PATTERSON,

        Counter defendant.

TWO FINGERS, LLC, an Arizona corporation dba Stone and Vine Urban Italian Restaurant; FOUR FINGERS, LLC, an Arizona corporation dba Salt & Lime Modern Mexican Grill; SIX FINGERS, LLC, an Arizona corporation dba Black & Bleu Restaurant; JOSEPH M. POPO and GABRIELLA POPO,

        Third-Party Plaintiffs,

PETER K. STROJNIK; THE STROJNIK FIRM L.L.C. an Arizona limited liability company; and Does I - XX,

        Third-Party Defendants.

      Pursuant to Rule 6(d) and 65, *Arizona Rules of Civil Procedure*, Plaintiff petitions the Court for an Order requiring the Defendants, and all persons acting in concert with them, to appear before the Court and show cause why a Temporary Restraining Order and Preliminary Injunction should not be issued by the Court to enjoin Defendants Patterson, Strojnik, and Strojnik Firm from continuing to publishing any of their false and defamatory statements about Plaintiffs, either orally, via the internet, via hand-delivery, electronically, and/or in print. Plaintiffs further seek an order prohibiting Peter K. Strojnik and The Strojnik Firm, LLC, both subject to Arizona Ethical Rule 3.6, prohibiting a lawyer from making extrajudicial statements to the public with the intent to materially prejudice an adjudicative proceeding.

      This Petition is made because Defendants knew these statements were untrue and defamatory but nonetheless forged ahead determined to injure Plaintiffs' businesses and/or reputation. Defendants failed to use the care a reasonably prudent person would have used under these circumstances; nor did Defendant act in a way to ascertain the truthfulness of the statements but instead ignored any signs of untruthfulness in an effort to damage Plaintiffs.

1  Indeed, Defendants have been unapologetic in proclaiming their motivations to "destroy these
2  restaurants," "ensure he [Popo] is punished beyond all comprehension," and "ensure that Mr.
3  Popo and his restaurants are punished mercilessly in a court of law." In light of the threat of
4  being driven out of business and the inability for loss to reputation to be remediated through a
5  monetary award, Plaintiffs have no adequate remedy at law.

6       This Petition is supported by Plaintiff's Verified Complaint, Application for Temporary
7  Restraining Order with Notice and the accompanying affidavit in support of same, and the
8  Motion for Preliminary Injunction all of which have been filed herewith and are incorporated
9  herein by reference as if fully set forth.

11 RESPECTFULLY SUBMITTED this ___ day of March, 2015.

HYMSON GOLDSTEIN & PANTILIAT, PLLC

By: _____
EDDIE A. PANTILIAT
*Attorneys for Defendants Two Fingers, LLC dba Stone and Vine Urban Italian Restaurant, Four Fingers, LLC dba Salt & Lime Modern Mexican Grill, Six Fingers, LLC dba Black & Bleu Restaurant, and Joseph M. Popo and Gabriella Popo*

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
JASON R. MULLIS
*Attorneys for Defendants Two Fingers, LLC dba Stone and Vine Urban Italian Restaurant, Four Fingers, LLC dba Salt & Lime Modern Mexican Grill, Six Fingers, LLC dba Black & Bleu Restaurant, and Joseph M. Popo and Gabriella Popo*

27 ///
28 ///

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2015, the foregoing document entitled, **PETITION FOR AN ORDER TO SHOW CAUSE WHY A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED** was e-filed and served via electronic service through the United States District Court for the District of Arizona's ECF System and to the following ECF registrants:

Peter K. Strojnik
THE STROJNIK FIRM L.L.C.
Esplanade Center III
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

Eddie A. Pantiliat
HYMSON GOLDSTEIN & PANTILIAT, PLLC
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254

*/s/ Susan Montalvo*
Susan Montalvo

LEGAL:10453-0075/4297951.1                -4-