IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Patterson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Two Fingers, LLC, et al.,<br><br>　　　　Defendants. | No. CV-15-00494-PHX-NVW<br><br>**ORDER** |

　　　Before the Court is the parties' Stipulation to Stay Proceedings.  (Doc. 26.)  The Court does not grant stays of proceedings, as it is not at all clear what that means.  The parties may submit a further stipulation stating specific extensions for specific deadlines to specific future dates.

　　　IT IS THEREFORE ORDERED that the Stipulation to Stay Proceedings (Doc. 26) is denied without prejudice.

　　　DATED this 16th day of April, 2015.

_____
Neil V. Wake
United States District Judge