1  Peter K. Strojnik, State Bar No. 026082
   **THE STROJNIK FIRM L.L.C.**
2  Esplanade Center III, Suite 700
   2415 East Camelback Road
3  Phoenix, Arizona 85016
   Telephone:  (602) 510-9409
4  Facsimile:   (602) 916-0253
   Strojnik@skplaw.com
5
   Attorneys for Plaintiff
6  Amy Patterson

7
                    **UNITED STATES DISTRICT COURT**
8
                           **DISTRICT OF ARIZONA**
9

10  AMY PATTERSON,
                                          Case No: 2:15-cv-00494-NVW
11        Plaintiff/Counterdefendants,

12  vs.                                   **MOTION FOR WITHDRAWAL
                                          AND SUBSITUTION OF
13  TWO FINGERS, LLC, et al,              PLAINTIFF'S COUNSEL *WITH
                                          CLIENT CONSENT***
14        Defendants/Counterclaimants.

15

16        Motion is made as follows: (1) Plaintiff Amy Patterson's counsel Peter *K*.

17  Strojnik and The Strojnik Firm LLC hereby withdraw as her counsel in the above

18  captioned matter *with Plaintiff's consent*, and (2) Plaintiff's current counsel is being

19  substituted with Peter Strojnik of the law firm of Strojnik P.C., who is currently acting

20  as special counsel for counterdefendants. This withdrawal and substitution is made

21  pursuant to LR Civ. 83.3(b).

22        The undersigned withdraws from this representation because Defendants have

23  undertaken a strategy to focus this Court on matters collateral to the substantive issues

24  in this case, that is, Ms. Patterson's Title VII sexual harassment and sexual assault

25  allegations against Defendant Popo and his three restaurants. With the undersigned's

26  withdrawal, the undersigned is hopeful that Defendants' strategy can be nipped in the

27  bloom and the proper focus of this case can be on a female victim of sexual harassment

28  and assault.

1
2
3
4
5
6
7
8
9
10
11
12

The undersigned withdraws from this representation also because he may have substantial information that would benefit Plaintiff in this prosecution. The undersigned has been threatened and intimidated by Defendants' counsel as well as others apparently acting on their behalf. The undersigned will be able to testify about the physical threats levied against the undersigned's vendors, the physical and occupational intimidation that has been made toward witnesses, and Defendants' counsels' threats of "multiple bar complaints" in the context of the undersigned speaking with former employees of Defendant restaurants. The undersigned will also be able to testify about current governmental investigations currently being undertaken against Defendants, as well as Defendants' and Defendants' counsels' misrepresentations to Plaintiff in the context of settlement concerning which restaurant(s) is/are insured, the limit of the policy(ies), and the nature of the policy(ies).[1]

13
14
15
16
17

In sum, the undersigned may be more valuable to the client as a witness rather than as counsel, especially since the undersigned is being replaced with an attorney who has almost as many years of experience practicing law than the undersigned has been living. The undersigned's potential monetary gain from representation is outweighed by the benefit to Ms. Patterson.

18
19
20
21

The undersigned certifies that despite his withdrawal, he will still abide by his promise to the Court to not re-open any social media or any publications relating to or concerning this litigation, unless the Court later permits such expression to Plaintiff directly.

22

23

24
25
26
27
28

---

[1] In a deceptive set of events, Defendants' counsel Jason Mullis and Counterclaimants' counsel Eddie Pantiliat have represented to Plaintiff different insurance policy(ies), different policy limits, and different nature of policy(ies) in the context of settlement. In an unprecedented occurrence, *Defendants' insurer claims adjuster called the undersigned and left a voicemail*. The undersigned did not return the call because Defendants' counsel did not permit it, which came at a time when Plaintiff questioned whether Defendants' counsel was intentionally misrepresenting the nature of the insurance policy(ies), the policy limits, and who exactly the insured(s) is/are, during settlement negotiations.

1    The undersigned certifies, and Plaintiff consents with her signature below under

2  the heading "Client Consent", that Plaintiff consents to this withdrawal and substitution.

3  The undersigned certifies that Plaintiff is aware of all current deadlines and is being

4  forwarded a copy of this Notice.

5    New Plaintiff's counsel, not to be confused with the undersigned Peter *K.*

6  Strojnik, Peter Strojnik's contact information is stated below:

**Peter Strojnik, Esq.**
**Strojnik P.C.**
**2415 East Camelback Road, Suite 700**
**Phoenix, Arizona 85016**
**602-524-6602 (tel)**
**602-296-0153 (fax)**
**ps@strojnik.com (e-mail)**

12    New counsel requests to be added to the ECF mailing list at ps@strojnik.com, as

13  he is not currently receiving notices despite acting as special counsel. Pursuant to LR

14  Civ 83.3(b), a proposed form of Order is attached and will be sent to the Court's

15  chambers in MS Word.

16

17    RESPECTFULLY SUBMITTED this 1st day of May, 2015.

18

19                                THE STROJNIK FIRM LLC

20                                By /s/ Peter K. Strojnik
21                                    Peter K. Strojnik (026082)
                                      2415 East Camelback Road, Suite 700
22                                    Phoenix, Arizona 85016
                                      Attorneys for Plaintiff
23

24                                STROJNIK PC
25
                                  By /s/ Peter Strojnik
26                                    Peter Strojnik (6464)
                                      2415 East Camelback Road, Suite 700
27                                    Phoenix, Arizona 85016
                                      Attorneys for Plaintiff
28


3

1

**<u>CLIENT CONSENT</u>**

2

I, Amy Patterson, am the named Plaintiff in the above cause of action. My current

3

counsel as Plaintiff is Peter *K*. Strojnik. I consent to his withdrawal as my counsel as

4

Plaintiff, and I further consent to Peter Strojnik to substitute in as my counsel as

5

Plaintiff.

6

7

DATED this 1st day of May, 2015.

8

9

10

_____

11

Amy Patterson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4