UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Patterson,<br><br>　　　Plaintiff/Counterdefendant,<br><br>vs.<br><br>Two Fingers, LLC, et al.,<br><br>　　　Defendants/Counterclaimants. | No: CV-15-00494-PHX-NVW<br><br>**ORDER** |

　　　Pursuant to the Motion for Withdrawal and Substitution of Plaintiff's Counsel (Doc. 35),

　　　IT IS HEREBY ORDERED granting the Motion for Withdrawal (Doc. 35).

　　　IT IS FURTHER ORDERED terminating Peter K. Strojnik and The Strojnik Firm LLC's representation of Plaintiff in the above action.

　　　IT IS FURTHER ORDERED that Peter Strojnik of the law firm of Strojnik P.C., is now acting counsel of record for Plaintiff Amy Patterson. Accordingly, Peter Strojnik of the law firm of Strojnik P.C., is now acting as counsel for Plaintiff/Counterdefendant and Third-Party Defendants. Mr. Strojnik shall receive ECF notices at the e-mail address ps@strojnik.com.

　　　IT IS FURTHER ORDERED that Defendants' Motion to Disqualify Peter K. Strojnik and the Strojnik Firm LLC (Doc. 11), is denied as moot and without prejudice

/ / /

/ / /

/ / /

to any challenge that may be made to Peter Strojnik and Strojnik P.C., as counsel for Plaintiff or as counsel for both Plaintiff and Peter K. Strojnik and The Strojnik Firm, LLC.

Dated this 4th day of May, 2015.

*Neil V. Wake*
Neil V. Wake
United States District Judge