IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Patterson, | No. CV-15-00494-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Two Fingers LLC, et al., | |
| Defendants. | |

On May 20, 2015, the court held oral argument on Plaintiff's Motion for Order Prohibiting Defendants from (1) Intimidating Witnesses and (2) Threatening Counsel (Doc. 30).  For the reasons stated in open court,

IT IS ORDERED that the Motion is denied.

Dated this 20th day of May, 2015.

Neil V. Wake
United States District Judge