1  Peter Strojnik, 6464
2  STROJNIK, P.C.
   2415 East Camelback Rd., Suite 700
3  Phoenix, Arizona 85016
4  Telephone: 602-524-6602
   Facsimile: 602-296-0135
5  e-mail: *ps@strojnik.com*
6  Counsel for Amy Patterson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| AMY PATTERSON, | ) NO. 2:15-cv-00494-NVW )  |
| Plaintiff/Counterdefendant, | ) **EX PARTE MOTION FOR** ) **SUBSTITUTION OF COUNSEL** ) |
| vs. | ) **with consent of client** ) |
| JOSEPH POPO, et al, | ) ) |
| Defendants/Counterclaimants. | ) ) |

    Pursuant to LRCiv 83.3(b), Peter K. Strojnik of the The Strojnik Firm, LLC hereby substitutes as counsel for himself and The Strojnik Firm, LLC in the place of Strojnik, P.C.

    The withdrawal and substitution is necessitated by the potential of conflicting interests between Counterdefendants.

    Peter K. Strojnik's and The Strojnik Law Firm, LLC's contact information is:

Peter Strojnik, Esq.
The Strojnik Firm, LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Direct: 602.510.9409
Phoenix Fax: 602.916.0253
Strojnik@skplaw.com

RESPECTFULLY SUBMITTED this 27th day of May, 2015.

**STROJNIK P.C.**

_____
Peter Strojnik (6464)
Attorney for Amy Patterson

**CONSENT**

Peter K. Strojnik and The Strojnik Firm, LLC, consent to the withdrawal and substitution referenced above.

Dated this 27th day of May, 2017.

/s/ Peter K. Strojnik
_____
Peter Strojnik, Esq.
The Strojnik Firm, LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Direct: 602.510.9409
Phoenix Fax: 602.916.0253
Strojnik@skplaw.com