| | |
|---|---|
| 1 | Peter Strojnik, 6464 |
| 2 | STROJNIK, P.C. |
|   | 2415 East Camelback Rd., Suite 700 |
| 3 | Phoenix, Arizona 85016 |
|   | Telephone: 602-524-6602 |
| 4 | Facsimile: 602-296-0135 |
| 5 | e-mail: *ps@strojnik.com* |
|   | Special Counsel for Amy Patterson |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| AMY PATTERSON, | ) | NO. 2:15-cv-00494-NVW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| TWO FINGERS, LLC, an Arizona corporation dba STONE & VINE URBAN ITALIAN RESTAURANT; FOUR FINGERS, LLC, an Arizona corporation dba SALT & LIME MODERN MEXICAN GRILL; SIX FINGERS, LLC, an Arizona corporation dba BLACK & BLEU RESTAURANT; JOSEPH M. POPO and GABRIELLA POPO, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) ) | |
| TWO FINGERS, LLC, an Arizona corporation dba STONE & VINE URBAN ITALIAN RESTAURANT; FOUR FINGERS, LLC, an Arizona corporation dba SALT & LIME MODERN MEXICAN GRILL; SIX FINGERS, LLC, an Arizona corporation dba BLACK & BLEU RESTAURANT; JOSEPH M. POPO and GABRIELLA POPO, | ) ) ) ) ) ) ) ) ) | |
| Counter-claimants, | ) | |
| vs. | ) ) | |

| | |
|---|---|
| 1 | AMY PATTERSON,                                   ) |
| 2 |                                                                       ) |
|   |                           Counter-defendant. ) |
| 3 | _____ ) |
|   |                                                                       ) |
| 4 | TWO FINGERS, LLC, an Arizona ) |
| 5 | corporation dba STONE & VINE URBAN ) ITALIAN RESTAURANT; FOUR ) |
| 6 | FINGERS, LLC, an Arizona corporation ) |
| 7 | dba SALT & LIME MODERN ) MEXICAN GRILL; SIX FINGERS, LLC, ) |
| 8 | an Arizona corporation dba BLACK & ) BLEU RESTAURANT; JOSEPH M. ) |
| 9 | POPO and GABRIELLA POPO,      ) |
| 10 |                                                                       ) |
|    |          vs.                                                       ) |
| 11 |                                                                       ) |
| 12 | PETER K. STROJNIK and THE ) STROJNIK FORM, L.L.C.              ) |
| 13 |                                                                       ) |
|    |              Third Party Defendants.      ) |
| 14 | _____ ) |

Please take notice that Plaintiff/Counterdefendant AMY PATTERSON and Defendants TWO FINGERS, LLC, an Arizona corporation dba STONE & VINE URBAN ITALIAN RESTAURANT; FOUR FINGERS, LLC, an Arizona corporation dba SALT & LIME MODERN MEXICAN GRILL; SIX FINGERS, LLC, an Arizona corporation dba BLACK & BLEU RESTAURANT; JOSEPH M. POPO and GABRIELLA POPO have settled all their claims and counterclaims.

This settlement does not settle any claims by or against Peter K. Strojnik and The Strojnik Firm, LLC.

Stipulation for dismissal with prejudice, each party to pay its/his/her attorney's fees and costs to follow.

RESPECTFULLY SUBMITTED this 5TH day of June, 2015.

**STROJNIK P.C.**

/s/ Peter Strojnik

Peter Strojnik (6464)
Special Counsel for Amy Patterson
