IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Patterson,<br><br>        Plaintiff/Counterdefendant,<br><br>v.<br><br>Two Fingers LLC, et al.,<br><br>        Defendants/Counterclaimant. | No. CV-15-00494-PHX-NVW<br><br>**ORDER** |

The Court having been notified that this matter has settled between Plaintiff/Counterdefendant Amy Patterson and Defendants Two Fingers, LLC, dba Stone & Vine Urban Italian Restaurant; Four Fingers, LLC, dba Salt & Lime Modern Mexican Grill; Six Fingers, LLC, dba Black & Bleu Restaurant; Joseph M. Popo and Gabriella Popo,

**IT IS ORDERED** that this action will be dismissed as to Defendants Two Fingers, LLC, dba Stone & Vine Urban Italian Restaurant; Four Fingers, LLC, dba Salt & Lime Modern Mexican Grill; Six Fingers, LLC, dba Black & Bleu Restaurant; Joseph M. Popo and Gabriella Popo by the Clerk's Office without further notice on **July 6, 2015,** unless prior thereto a judgment or order of dismissal is entered.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED**, pursuant to the Court's June 1, 2015 Order (Doc. 60), Counter-claimants must file an Amended Counterclaim within five (5) days of the date of this order.

Dated this 5th day of June, 2015.

                                  Neil V. Wake
                            United States District Judge