**EXHIBIT 1**

Print | Close Window

**Subject:** RE: Patterson Settlement
**From:** "Jason R. Mullis" <JMullis@wshblaw.com>
**Date:** Fri, Jun 05, 2015 10:15 am
**To:** "'ps@strojnik.com'" <ps@strojnik.com>, Eddie Pantiliat <EAP@legalcounselors.com>
**Cc:** Amy Patterson <pattersona82@gmail.com>
**Attach:** image001.jpg

Yes, you may file the Notice of Settlement.

### Jason R. Mullis

Partner | Wood, Smith, Henning & Berman LLP
2525 E. Camelback Rd., Suite 450 | Phoenix 85016
jmullis@wshblaw.com | TEL 602.441.1314 | FAX 602.441.1350

---

**From:** ps@strojnik.com [mailto:ps@strojnik.com]
**Sent:** Friday, June 05, 2015 10:14 AM
**To:** Eddie Pantiliat
**Cc:** Jason R. Mullis; Amy Patterson
**Subject:** RE: Patterson Settlement

Please confirm I can file the attached.

Cordially Yours,

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

-------- Original Message --------
Subject: RE: Patterson Settlement
From: Eddie Pantiliat <EAP@legalcounselors.com>
Date: Fri, June 05, 2015 10:03 am
To: "ps@strojnik.com" <ps@strojnik.com>
Cc: Jason Mullis <JMullis@wshblaw.com>

Correct



**HYMSON GOLDSTEIN & PANTILIAT**
ATTORNEYS, MEDIATORS & COUNSELORS

EDDIE A. PANTILIAT
ATTORNEY & COUNSELOR
16427 N. SCOTTSDALE ROAD, STE. 300
SCOTTSDALE, AZ 85254
P: 480.991.9077
F: 480.443.8854
EAP@HGPLAW.COM

Web | Vcard | Facebook | YouTube | Email | Map
HG&P is a Professional Limited Liability Company

---

**From:** ps@strojnik.com [mailto:ps@strojnik.com]
**Sent:** Friday, June 05, 2015 10:02 AM
**To:** Eddie Pantiliat
**Cc:** Jason Mullis
**Subject:** Patterson Settlement

This confirms that the Patterson claims and counterclaims ~~(not including ~~~~~)~~ have been settled for ~~~~~~~, each party to pay their own costs and attorney's fees. Jason will prepare the paperwork.

Please confirm.

Cordially Yours,

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Copyright © 2003-2015. All rights reserved.