**EXHIBIT 3**

/
/

IN WITNESS WHEREOF, the Parties have separately executed separate counterparts of this Agreement on the respective dates set forth below.

AMY PATTERSON
By: *[signature]*
Dated: 6/22/15

Two Fingers, LLC d/b/a Stone and Vine Urban Italian Restaurant

By: X
Name: _____
Titles: _____
Dated: _____

JOSEPH M. POPO
By: *[signature]*
Dated: 6/24/15

Gabriella Popo
By: *[signature] Gabriella Popo*
Dated: 6/24/15

Four Fingers, LLC d/b/a Salt + Lime Modern Mexican Grill

By: _____
Name: _____
Title: _____
Dated: _____

Six Fingers, LLC d/b/a Black + Bleu Restaurant

By: _____
Name: _____
Titles: _____
Dated: _____

Approved as to form and content:

Peter Strojnik
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

Dated: June 22, 2015

*[signature]*

Peter Strojnik, Esq.
Counsel for Amy Patterson

Eddie A. Pantiliat
Hymson Goldstein & Pantiliat, LLP
16427 N. Scottsdale Road, Ste. 300
Scottsdale, AZ 85254

Dated: 7-1-15

*[signature]*

Eddie A. Pantiliat, Esq.
Counsel for Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo

/
/

IN WITNESS WHEREOF, the Parties have separately executed separate counterparts of this Agreement on the respective dates set forth below.

| AMY PATTERSON | JOSEPH M. POPO |
|---|---|
| By: *[signature]* | By: _____ |
| Dated: 1/22/15 | Dated: _____ |

| Two Fingers, LLC d/b/a Stone and Vine Urban Italian Restaurant | Gabriella Popo |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Dated: _____ |
| Titles: _____ | |
| Dated: _____ | |

| Four Fingers, LLC d/b/a Salt + Lime Modern Mexican Grill | Six Fingers, LLC d/b/a Black + Bleu Restaurant |
|---|---|
| By: _____ | By: Lexie Wolfe *[digitally signed by Lexie Wolfe]* |
| Name: _____ | Name: _____ |
| Title: _____ | Titles: Member |
| Dated: _____ | Dated: 6/23/15 |

Approved as to form and content:

Peter Strojnik
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

Dated: June 22, 2015

*[signature]*

Peter Strojnik, Esq.
Counsel for Amy Patterson

Eddie A. Pantiliat
Hymson Goldstein & Pantiliat, LLP
16427 N. Scottsdale Road, Ste. 300
Scottsdale, AZ 85254

Dated: _____

_____
Eddie A. Pantiliat, Esq.
Counsel for Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo

/
/

IN WITNESS WHEREOF, the Parties have separately executed separate counterparts of this Agreement on the respective dates set forth below.

| AMY PATTERSON | JOSEPH M. POPO |
|---|---|
| By: *[signature]* | By: _____ |
| Dated: 1/22/15 | Dated: _____ |

| Two Fingers, LLC d/b/a Stone and Vine Urban Italian Restaurant | Gabriella Popo |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Dated: _____ |
| Titles: _____ | |
| Dated: _____ | |

| Four Fingers, LLC d/b/a Salt + Lime Modern Mexican Grill | Six Fingers, LLC d/b/a Black + Bleu Restaurant |
|---|---|
| By: *[signature]* | By: _____ |
| Name: JEFF Geelinger | Name: _____ |
| Title: Owner | Titles: _____ |
| Dated: 6-24-15 | Dated: _____ |

Approved as to form and content:

Peter Strojnik
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

Dated: June 22, 2015

*[signature]*
_____
Peter Strojnik, Esq.
Counsel for Amy Patterson

Eddie A. Pantiliat
Hymson Goldstein & Pantiliat, LLP
16427 N. Scottsdale Road, Ste. 300
Scottsdale, AZ 85254

Dated: _____

_____
Eddie A. Pantiliat, Esq.
Counsel for Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo

/
/

IN WITNESS WHEREOF, the Parties have separately executed separate counterparts of this Agreement on the respective dates set forth below.

AMY PATTERSON
By: *A. Patterson* (signature)
Dated: 6/22/15

JOSEPH M. POPO
By: (signature)
Dated: 6/24/15

Two Fingers, LLC d/b/a Stone and Vine Urban Italian Restaurant

By: X
Name: _____
Titles: _____
Dated: _____

Gabriella Popo
By: *Gabriella Popo* (signature)
Dated: 6/24/15

Four Fingers, LLC d/b/a Salt + Lime Modern Mexican Grill

By: _____
Name: _____
Title: _____
Dated: _____

Six Fingers, LLC d/b/a Black + Bleu Restaurant

By: _____
Name: _____
Titles: _____
Dated: _____

Approved as to form and content:

Peter Strojnik
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

Dated: June 22, 2015

(signature)
_____
Peter Strojnik, Esq.
Counsel for Amy Patterson

Eddie A. Pantiliat
Hymson Goldstein & Pantiliat, LLP
16427 N. Scottsdale Road, Ste. 300
Scottsdale, AZ 85254

Dated: 7-1-15

(signature)
_____
Eddie A. Pantiliat, Esq.
Counsel for Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo

IN WITNESS WHEREOF, the Parties have separately executed separate counterparts of this Agreement on the respective dates set forth below.

AMY PATTERSON  
By: *(signature)*  
Dated: 6/22/15

JOSEPH M. POPO  
By: _____  
Dated: _____

Two Fingers, LLC d/b/a Stone and Vine Urban Italian Restaurant

By: *(signature)*  
Name: GABBY BELL  
Titles: _____  
Dated: 7/2/15

Gabriella Popo

By: _____  
Dated: _____

Four Fingers, LLC d/b/a Salt + Lime Modern Mexican Grill

By: _____  
Name: _____  
Title: _____  
Dated: _____

Six Fingers, LLC d/b/a Black + Bleu Restaurant

By: Lexie Wolfe *(Digitally signed by Lexie Wolfe)*  
Name: _____  
Titles: Member  
Dated: 6/23/15

Approved as to form and content:

Peter Strojnik  
Strojnik, P.C.  
2415 East Camelback Road, Suite 700  
Phoenix, AZ 85016

Dated: June 22, 2015

Eddie A. Pantiliat  
Hymson Goldstein & Pantiliat, LLP  
16427 N. Scottsdale Road, Ste. 300  
Scottsdale, AZ 85254

Dated: _____

*(signature)*  
Peter Strojnik, Esq.  
Counsel for Amy Patterson

_____  
Eddie A. Pantiliat, Esq.  
Counsel for Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo

IN WITNESS WHEREOF, the Parties have separately executed separate counterparts of this Agreement on the respective dates set forth below.

| AMY PATTERSON | JOSEPH M. POPO |
|---|---|
| By: *A. Patterson* (signature) | By: _____ |
| Dated: 6/22/15 | Dated: _____ |

| Two Fingers, LLC d/b/a Stone and Vine Urban Italian Restaurant | Gabriella Popo |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Dated: _____ |
| Titles: _____ | |
| Dated: _____ | |

| Four Fingers, LLC d/b/a Salt + Lime Modern Mexican Grill | Six Fingers, LLC d/b/a Black + Bleu Restaurant |
|---|---|
| By: _____ | By: **Lexie Wolfe** (Digitally signed by Lexie Wolfe, DN: cn=Lexie Wolfe, o=Reveal Models, Inc., ou=Promotion, email=lexiewolfe@gmail.com, c=US, Date: 2015.06.23 16:15:40 -07'00') |
| Name: _____ | Name: _____ |
| Title: _____ | Titles: Member |
| Dated: _____ | Dated: 6/23/15 |

Approved as to form and content:

Peter Strojnik
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

Dated: June 22, 2015

*(signature)*

Peter Strojnik, Esq.
Counsel for Amy Patterson

Eddie A. Pantiliat
Hymson Goldstein & Pantiliat, LLP
16427 N. Scottsdale Road, Ste. 300
Scottsdale, AZ 85254

Dated: _____

_____
Eddie A. Pantiliat, Esq.
Counsel for Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo

/
/

IN WITNESS WHEREOF, the Parties have separately executed separate counterparts of this Agreement on the respective dates set forth below.

| AMY PATTERSON | JOSEPH M. POPO |
|---|---|
| By: *[signature]* | By: _____ |
| Dated: 6/22/15 | Dated: _____ |

| Two Fingers, LLC d/b/a Stone and Vine Urban Italian Restaurant | Gabriella Popo |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Dated: _____ |
| Titles: _____ | |
| Dated: _____ | |

| Four Fingers, LLC d/b/a Salt + Lime Modern Mexican Grill | Six Fingers, LLC d/b/a Black + Bleu Restaurant |
|---|---|
| By: *[signature]* | By: _____ |
| Name: JEFF GERLINGER | Name: _____ |
| Title: OWNER | Titles: _____ |
| Dated: 6-24-15 | Dated: _____ |

Approved as to form and content:

Peter Strojnik
Strojnik, P.C.
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016

Dated: June 22, 2015

*[signature]*

Peter Strojnik, Esq.
Counsel for Amy Patterson

Eddie A. Pantiliat
Hymson Goldstein & Pantiliat, LLP
16427 N. Scottsdale Road, Ste. 300
Scottsdale, AZ 85254

Dated: _____

_____
Eddie A. Pantiliat, Esq.
Counsel for Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo

Jason R. Mullis
Wood, Smith, Henning & Berman, LLP
2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016

Dated: 7/2/15

Jason R. Mullis, Esq.
Counsel for Two Fingers, LLC, Four Fingers, LLC, Six Fingers, LLC, Joseph M. Popo and Gabriella Popo