# EXHIBIT 4

POCATELLO SERVICE CENTER

Check Number: 1610035803
Date: 07/02/2015

PAY    NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE
NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE    $50,000.00***

To
the    Wood Smith Henning & Berman LLP
order    Client Trust Account
of    *************************
    ************************

| | |
|---|---|
| Claimant/Patient: | Amy Patterson |
| Insured: | Business Six, Fingers,llc |
| Date of Loss: | 01/12/2015 |
| Claim Unit Number: | 3002621709-1-2 |
| Check Number: | 1610035803 |
| Payment Under Insured's: | Other |
| Correspondence Reference: | FS4HL2TH |
| Print Date: | 07/02/2015 07:02 AM |
| Requested By: | Cheryl A Dwyer |

50% OF SETTLEMENT AND INVOICES - WITH CLAIM #3002621542-1-2

PLEASE FOLD AND DETACH CHECK ON RED LINE BELOW                73-0282 6-13

 **FARMERS**
INSURANCE                                                       62-20/311

Mid-Century Insurance Company                Claim Unit #      Check No. 1610035803
POCATELLO SERVICE CENTER                     3002621709-1-2
4460 ROSEWOOD DR, STE 6210                                     Date: 07/02/2015
PLEASANTON CA 94588

PAY                                    No Cents

NOT GOOD AFTER SIX MONTHS

To
the    Wood Smith Henning & Berman LLP
order    Client Trust Account
of    ****************************

Citibank N.A. - One Penns Way - New Castle, DE 19720

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

⑆1610035803⑈ ⑈031100209⑈    3872438⑈

POCATELLO SERVICE CENTER

Check Number: 1610036150
Date: 07/02/2015

PAY    NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE    $50,000.00***
NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE

To
the
order
of

Wood Smith Henning & Berman LLP
Client Trust Account
**********************
*********************

| | |
|---|---|
| Claimant/Patient: | Amy Patterson |
| Insured: | Business Four Fingers, LLC |
| Date of Loss: | 01/12/2015 |
| Claim Unit Number: | 3002621542-1-2 |
| Check Number: | 1610036150 |
| Payment Under Insured's: | Other |
| Correspondence Reference: | F1A0A6TS |
| Print Date | 07/02/2015 07:20 AM |
| Requested By | Cheryl A Dwyer |

SETTLEMENT AND DEFENSE WITH CLAIM 3002621709-1-2

PLEASE FOLD AND DETACH CHECK ON RED LINE BELOW

73-0282 8-13

**FARMERS** INSURANCE

62-20/311

Mid-Century Insurance Company
POCATELLO SERVICE CENTER
4460 ROSEWOOD DR. STE 6210
PLEASANTON CA 94588

Claim Unit #        Check No. 1610036150
3002621542-1-2
Date: 07/02/2015

PAY 

NOT GOOD AFTER SIX MONTHS

To
the
order
of

Wood Smith Henning & Berman LLP
Client Trust Account
**********************
*********************

Citibank N.A. · One Penns Way · New Castle, DE 19720

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

⑈1610036150⑈ ⑆031100209⑆ 3872438⑈

1  )
                Counter-defendant. )

2  )
_____ )

3  )
TWO FINGERS, LLC, an Arizona )

4  corporation dba STONE & VINE URBAN )
ITALIAN RESTAURANT; FOUR )

5  FINGERS, LLC, an Arizona corporation )
dba SALT & LIME MODERN )

6  MEXICAN GRILL; SIX FINGERS, LLC, )
an Arizona corporation dba BLACK & )

7  BLEU RESTAURANT; JOSEPH M. )
POPO and GABRIELLA POPO, )

8  )

9  )
      vs. )

10  )
PETER K. STROJNIK and THE )

11  STROJNIK FORM, L.L.C. )

12  )
      Third Party Defendants. )

13  )
_____ )

14

15       Upon stipulation of the Parties, and good cause shown, IT IS ORDERED that all

16  claims and counterclaims that were or could have been brought in the above captioned

17  cauase by and between Plaintiff Amy Patterson on the one hand and

18  Defendants/Counterclaimants TWO FINGERS, LLC, dba STONE & VINE URBAN

19  ITALIAN RESTAURANT; FOUR FINGERS, LLC, dba SALT & LIME MODERN

20  MEXICAN GRILL; SIX FINGERS, LLC, dba BLACK & BLEU RESTAURANT;

21  JOSEPH M. POPO and GABRIELLA POPO on the other be and hereby are dismissed

22  with prejudice, each party to pay her/his/its own costs and attorney's fees.

23       DONE IN OPEN COURT this ____TH day of June, 2015.

24

25  _____
Neil Wake

26  Judge of the District Court

27

28

                                     2