**EXHIBIT 7**

Print | Close Window

**Subject:** Patterson v. Popo et al
**From:** ps@strojnik.com
**Date:** Mon, Jun 22, 2015 9:23 am
**To:** "Jason Mullis" <JMullis@wshblaw.com>
**Cc:** "Eddie Pantiliat" <EAP@legalcounselors.com>, "Amy Patterson" <pattersona82@gmail.com>

Thank you, Jason, for the update. You explained that the insurer has authorized payment of ■■■■ and that the restaurant ownership has agreed to pay the difference of ■■■■ in order to make up the ■■■■ settlement payment. However, the ownership is now balking at making the payment, so you are faced with two problems: First, the Farmers' adjuster in charge of the case is in trial and unavailable to discuss increasing the authority to pay ■■■■ and the ownership refuses to make payment.

This is a significant problem in light of the July 6, 2015 deadline imposed by Judge Wake. Obviously, Ms. Patterson cannot accept ■■■■ in light of the settlement agreement at ■■■■ I have not dealt with this kind of an issue previously and I cannot think of a way to resolve it on my end. I must leave it up to you to come up with a timely solution.

Cordially Yours,

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Copyright © 2003-2015. All rights reserved.