Peter Strojnik, 6464
STROJNIK, P.C.
2415 East Camelback Rd., Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *ps@strojnik.com*
Counsel for Amy Patterson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| AMY PATTERSON,<br><br>  Plaintiff,<br><br>vs.<br><br>TWO FINGERS, LLC, et al<br><br>  Defendants.<br>_____<br><br>TWO FINGERS, LLC, et al<br><br>  Counter-claimants,<br><br>vs.<br><br>AMY PATTERSON, et al<br><br>  Counter-defendants.<br>_____ | NO. 2:15-cv-00494-NVW<br><br>**RENEWED VERIFIED MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**AND**<br><br>**FOR ATTORNEY'S FEES AND SANCTIONS** |

On July 5, 2015, Plaintiff filed her Verified Motion to Enforce Settlement Agreement, doc. 69. Thereafter, the Court extended the time for Defendants to comply with the settlement agreement to the end of the day Friday, July 10, 2015, doc. 71.

Plaintiff has just been advised that Defendants will not make payment by the end of the day tomorrow, July 10, 2015. Exhibit 1. Therefore, Plaintiff finds no reason to delay filing this Renewed Motion after the deadline has expired.

What is most disturbing about Mr. Mullis' breach of the Settlement Agreement is not only his initial apparent lack of authority to settle, but his subsequent lack of candor. In the e-mail dated July 7, 2015, Mr. Mullis advised, "please be advised that **we** received the final settlement amounts" (emphasis supplied), *see Id.* at Tue, July 07, 2015 7:09 pm. Now, however, Mr. Mullis advises that the check would not be "arriving in the pouch **from LA tomorrow.**" (Emphasis supplied). Clearly, the statement that **we** (meaning counsel's firm) received the final settlement amounts on July 7, 2015 is yet another exhibition of condemnable lack of candor.

Mr. Mullis' gamesmanship should be censured by appropriate sanctions. Therefore, undersigned requests an award of costs, fees and sanctions *irrespective* of when the check arrives, *if* it ever arrives.

RESPECTFULLY SUBMITTED this 9th day of July, 2015.

**STROJNIK P.C.**

[signature]

Peter Strojnik (6464)
Special Counsel for Amy Patterson

**VERIFICATION**

I verify under the penalty of perjury that the above is true and correct to the best of my knowledge, information and belief.

DATED this 9th day of July, 2015.

[signature]