# EXHIBIT A



**WSH&B** WOOD SMITH HENNING & BERMAN LLP

2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016-4210
tel 602-441-1300 fax 602-441-1350

Direct Dial: (602) 441-1314
Email: jmullis@wshblaw.com
Website: www.wshblaw.com
Refer to: 10453-0075

July 17, 2015

**VIA HAND DELIVERY**

Strojnik, P.C.
2415 Camelback Road, Suite 700
Phoenix, AZ 85016

Re: *Patterson v. Two Fingers, et al.*
Case No.: 2:15-cv-00494-NVW

**By signing below, I acknowledge that:**

I received check number 5640 in the amount of $115,000.00 from Wood Smith Henning & Berman LLP made payable to Strojnik, P.C. Client Trust Account in regards to the above-referenced matter on this 17th day of July, 2015.

Dated: 7/17/15

_____
(Signature)

Amy Patterson
(Print)

LEGAL:10453-0075/4709691.1

CALIFORNIA ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ WASHINGTON ♦ OREGON ♦ NEW JERSEY ♦ CONNECTICUT ♦ NEW YORK ♦ FLORIDA

**WOOD SMITH HENNING & BERMAN LLP**
July 15, 2015   Check Number 5640  Check Amount **115,000.00**
Strojnik, P.C. Client Trust Account, 2415 Camelback Road, Ste 700, Phoenix, AZ 85016

5640

| Voucher Date | Vendor Id | Voucher# | Voucher Description | Voucher Amount |
|---|---|---|---|---|
| 07/15/2015 | 15482 | 07.15.2015 | Patterson vs Two Fingers (10453-0075) Settlement | 115,000.00 |

---

**WOOD SMITH HENNING & BERMAN LLP**
CLIENT TRUST ACCOUNT
10960 WILSHIRE BLVD, 18TH FLOOR
LOS ANGELES, CA 90024-3804
PH. (310) 481-7600

**CALIFORNIA UNITED BANK**
www.californiaunitedbank.com
90-4388-1222

5640
5640

**One Hundred Fifteen Thousand & 00/100**

DATE: July 15, 2015
AMOUNT: **115,000.00**

PAY TO THE ORDER OF
Strojnik, P.C. Client Trust Account
2415 Camelback Road
Ste 700
Phoenix, AZ 85016

AUTHORIZED SIGNATURE

⑆005640⑆ ⑈122438841⑈0100021145⑉