# EXHIBIT B

**Jason R. Mullis**

| | |
|---|---|
| **From:** | ps@strojnik.com |
| **Sent:** | Friday, June 05, 2015 10:02 AM |
| **To:** | Eddie Pantiliat |
| **Cc:** | Jason R. Mullis |
| **Subject:** | Patterson Settlement |

This confirms that the Patterson claims and counterclaims (not including Peter K. Strojnik and the Strojnik Firm) have been settled for $115,000.00, each party to pay their own costs and attorney's fees. Jason will prepare the paperwork.

Please confirm.

Cordially Yours,

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.