# EXHIBIT C

## Jason R. Mullis

| | |
|---|---|
| **From:** | Jason R. Mullis |
| **Sent:** | Monday, June 08, 2015 3:18 PM |
| **To:** | 'Eddie Pantiliat'; Juliet Peters |
| **Subject:** | Patterson - Draft Settlement Agreement |
| **Attachments:** | Patterson - Draft Settlement Agreement.DOCX |

Attached please find the proposed settlement agreement. Please let me know if you have any changes before I send to Peter.

## Jason R. Mullis

Partner | Wood, Smith, Henning & Berman LLP
2525 E. Camelback Rd., Suite 450 | Phoenix 85016
jmullis@wshblaw.com | TEL 602.441.1314 | FAX 602.441.1350

## WSH&B
**CALIFORNIA • NEVADA • ARIZONA • COLORADO • WASHINGTON • OREGON • NEW JERSEY • CONNECTICUT • NEW YORK • FLORIDA**

[confidentiality notice illegible]

1