# EXHIBIT D

# Jason R. Mullis

**From:** Jason R. Mullis
**Sent:** Wednesday, June 10, 2015 1:48 PM
**To:** 'ps@strojnik.com'; Eddie Pantiliat
**Cc:** Amy Patterson
**Subject:** RE: Patterson Settlement

No problem. When we are in agreement on our end, we will send you a word version to redline.

## Jason R. Mullis
Partner | Wood, Smith, Henning & Berman LLP
2525 E. Camelback Rd., Suite 450 | Phoenix 85016
jmullis@wshblaw.com | TEL 602.441.1314 | FAX 602.441.1350

**From:** ps@strojnik.com [mailto:ps@strojnik.com]
**Sent:** Wednesday, June 10, 2015 1:47 PM
**To:** Jason R. Mullis; Eddie Pantiliat
**Cc:** Amy Patterson
**Subject:** RE: Patterson Settlement

Can you forward the drafts to me in MS Word in case we need to redline?

Cordially Yours,

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

-------- Original Message --------
Subject: RE: Patterson Settlement
From: "Jason R. Mullis" <JMullis@wshblaw.com>
Date: Wed, June 10, 2015 1:28 pm
To: "ps@strojnik.com" <ps@strojnik.com>, Eddie Pantiliat
<EAP@legalcounselors.com>
Cc: Amy Patterson <pattersona82@gmail.com>

Initial drafts have been prepared on our side and we are in the process of getting approval from all our clients.

1

**Jason R. Mullis**
Partner | Wood, Smith, Henning & Berman LLP
2525 E. Camelback Rd., Suite 450 | Phoenix 85016
jmullis@wshblaw.com | TEL 602.441.1314 | FAX 602.441.1350


**From:** ps@strojnik.com [mailto:ps@strojnik.com]
**Sent:** Wednesday, June 10, 2015 1:27 PM
**To:** Jason R. Mullis; Eddie Pantiliat
**Cc:** Amy Patterson
**Subject:** RE: Patterson Settlement

When should I expect the paperwork?

Cordially Yours,

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.


-------- Original Message --------
Subject: RE: Patterson Settlement
From: "Jason R. Mullis" <JMullis@wshblaw.com>
Date: Fri, June 05, 2015 10:15 am
To: "'ps@strojnik.com'" <ps@strojnik.com>, Eddie Pantiliat
<EAP@legalcounselors.com>
Cc: Amy Patterson <pattersona82@gmail.com>

Yes, you may file the Notice of Settlement.


**Jason R. Mullis**
Partner | Wood, Smith, Henning & Berman LLP
2525 E. Camelback Rd., Suite 450 | Phoenix 85016
jmullis@wshblaw.com | TEL 602.441.1314 | FAX 602.441.1350


**From:** ps@strojnik.com [mailto:ps@strojnik.com]
**Sent:** Friday, June 05, 2015 10:14 AM
**To:** Eddie Pantiliat

2

**Cc:** Jason R. Mullis; Amy Patterson
**Subject:** RE: Patterson Settlement

Please confirm I can file the attached.

Cordially Yours,

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

-------- Original Message --------
Subject: RE: Patterson Settlement
From: Eddie Pantiliat <EAP@legalcounselors.com>
Date: Fri, June 05, 2015 10:03 am
To: "ps@strojnik.com" <ps@strojnik.com>
Cc: Jason Mullis <JMullis@wshblaw.com>

Correct



# HYMSON GOLDSTEIN & PANTILIAT
## ATTORNEYS, MEDIATORS & COUNSELORS

**EDDIE A. PANTILIAT**
ATTORNEY & COUNSELOR
16427 N. SCOTTSDALE ROAD, STE. 300
SCOTTSDALE, AZ 85254
P: 480.991.9077
F: 480.443.8854
EAP@HGPLAW.COM

Web | Vcard | Facebook | YouTube | Email | Map
*HG&P is a Professional Limited Liability Company*

**From:** ps@strojnik.com [mailto:ps@strojnik.com]
**Sent:** Friday, June 05, 2015 10:02 AM
**To:** Eddie Pantiliat
**Cc:** Jason Mullis
**Subject:** Patterson Settlement

3

This confirms that the Patterson claims and counterclaims (not including Peter K. Strojnik and the Strojnik Firm) have been settled for $115,000.00, each party to pay their own costs and attorney's fees. Jason will prepare the paperwork.

Please confirm.

Cordially Yours,

Peter Strojnik
STROJNIK, P.C.
2415 East Camelback Road Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail ps@strojnik.com

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.