# EXHIBIT E

## Jason R. Mullis

| | |
|---|---|
| **From:** | Jason R. Mullis |
| **Sent:** | Friday, June 12, 2015 1:56 PM |
| **To:** | 'Eddie Pantiliat' |
| **Cc:** | Juliet Peters (juliet@frameworklegal.com) |
| **Subject:** | RE: Settlement Agreement |
| **Attachments:** | Patterson - Draft Settlement Agreement (3).docx |

Here is the agreement incorporating all of her changes.

## Jason R. Mullis
Partner | Wood, Smith, Henning & Berman LLP
2525 E. Camelback Rd., Suite 450 | Phoenix 85016
jmullis@wshblaw.com | TEL 602.441.1314 | FAX 602.441.1350

**From:** Eddie Pantiliat [mailto:EAP@legalcounselors.com]
**Sent:** Friday, June 12, 2015 1:54 PM
**To:** Jason R. Mullis
**Cc:** Juliet Peters (juliet@frameworklegal.com)
**Subject:** Settlement Agreement

Jason,

Peter Strojnik called me today asking for the status of the Settlement Agreement. I would like to get back to him.

Also, Juliet made some minor revisions the other day, I would like to get the Agreement out to the Owners for review and comment.

Please let me know status. Thank you.



HYMSON GOLDSTEIN & PANTILIAT
ATTORNEYS, MEDIATORS & COUNSELORS

EDDIE A. PANTILIAT
ATTORNEY & COUNSELOR
16427 N. SCOTTSDALE ROAD, STE. 300
SCOTTSDALE, AZ 85254
P: 480.991.9077
F: 480.443.8854
EAP@HGPLAW.COM

Web | Vcard | Facebook | YouTube | Email | Map
HG&P is a Professional Limited Liability Company

1