Peter Strojnik, 6464
STROJNIK, P.C.
2415 East Camelback Rd., Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *ps@strojnik.com*
Special Counsel for Amy Patterson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| AMY PATTERSON, | NO. 2:15-cv-00494-NVW |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| TWO FINGERS, LLC, an Arizona corporation dba STONE & VINE URBAN ITALIAN RESTAURANT; FOUR FINGERS, LLC, an Arizona corporation dba SALT & LIME MODERN MEXICAN GRILL; SIX FINGERS, LLC, an Arizona corporation dba BLACK & BLEU RESTAURANT; JOSEPH M. POPO and GABRIELLA POPO, | |
| Defendants. | |
| TWO FINGERS, LLC, an Arizona corporation dba STONE & VINE URBAN ITALIAN RESTAURANT; FOUR FINGERS, LLC, an Arizona corporation dba SALT & LIME MODERN MEXICAN GRILL; SIX FINGERS, LLC, an Arizona corporation dba BLACK & BLEU RESTAURANT; JOSEPH M. POPO and GABRIELLA POPO, | |
| Counter-claimants, | |
| vs. | |

| | |
|---|---|
| AMY PATTERSON, | ) |
|               Counter-defendant. | ) |
| _____ | ) |
| TWO FINGERS, LLC, an Arizona corporation dba STONE & VINE URBAN ITALIAN RESTAURANT; FOUR FINGERS, LLC, an Arizona corporation dba SALT & LIME MODERN MEXICAN GRILL; SIX FINGERS, LLC, an Arizona corporation dba BLACK & BLEU RESTAURANT; JOSEPH M. POPO and GABRIELLA POPO, | ) |
|     vs. | ) |
| PETER K. STROJNIK and THE STROJNIK FORM, L.L.C. | ) |
|              Third Party Defendants. | ) |
| _____ | ) |

Plaintiff Amy Patterson on the one hand and Defendants/Counterclaimants TWO FINGERS, LLC, dba STONE & VINE URBAN ITALIAN RESTAURANT; FOUR FINGERS, LLC, dba SALT & LIME MODERN MEXICAN GRILL; SIX FINGERS, LLC, dba BLACK & BLEU RESTAURANT; JOSEPH M. POPO and GABRIELLA POPO on the other stipulate to dismiss with prejudice all claims and counterclaims that have been brought or could have been brought in this cause, each to pay her/his/its costs and attorney's fees.

      RESPECTFULLY SUBMITTED this 22nd day of July, 2015.

                              **STROJNIK P.C.**

                              _____
                              Peter Strojnik (6464)
                              Special Counsel for Amy Patterson

2

| | |
|---|---|
| 1 | **HYMSON GOLDSTEIN & PANTILIAT, LLP** |
| 2 | /s/ |
| 3 | _____ |
| 4 | Eddie A. Pantiliat, Esq<br>Counsel for Defendants/Counterclaimants |
| 5 | **WOOD, SMITH, HENNING & BERMAN, LLP** |
| 6 | |
| 7 | /s/<br>_____ |
| 8 | Jason R. Mullis, Esq.<br>Counsel for Defendants/Counterclaimants |

3