IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Patterson,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Two Fingers LLC, et al.,<br><br>　　　　　　　Defendants. | No. CV-15-00494-PHX-NVW<br><br>**ORDER** |

　　　　On June 5, 2015, Plaintiff Amy Patterson filed a Notice of Settlement (Doc. 63) stipulating to the dismissal with prejudice of all claims between herself and Defendants Two Fingers, LLC, an Arizona corporation d/b/a Stone & Vine Urban Italian Restaurant, Four Fingers, LLC, an Arizona corporation d/b/a Salt & Lime Modern Mexican Grill, Six Fingers, LLC, an Arizona corporation d/b/a Black & Bleu, Joseph M. Popo, and Gabriella Popo (collectively, "Defendants").  The parties executed a settlement agreement on July 2, 2015 (Doc. 69 at 2), but when payment was not immediately forthcoming, Plaintiff filed a Verified Motion to Enforce Settlement Agreement and for Attorney's Fees (Doc. 69) on July 5, 2015.  She renewed that motion on July 9, 2015.  (Doc. 73.)  Plaintiff received payment of the settlement amount on July 17, 2015 (Doc. 76-1 at 2), rendering her motion moot to the extent that it sought enforcement of the settlement agreement. But in a Response filed July 20, 2015, Defendants sought attorneys' fees incurred in responding to Plaintiff's motions to enforce.  (Doc. 76 at 3.)

1   On July 22, 2015, Plaintiff filed a joint stipulation "to dismiss with prejudice all claims and counterclaims that have been brought or could have been brought in this case, each to pay her/his/its costs and attorney's fees." (Doc. 78 at 2.) The court granted the stipulation the next day. (Doc. 79.) As a result, all issues raised by Plaintiff's motions to enforce have been resolved.

IT IS THEREFORE ORDERED that Plaintiff's Renewed Verified Motion to Enforce Settlement Agreement and for Attorney's Fees and Sanctions (Doc. 73) is denied as moot. The Clerk shall terminate this case as against Defendants Two Fingers, LLC, an Arizona corporation d/b/a Stone & Vine Urban Italian Restaurant, Four Fingers, LLC, an Arizona corporation d/b/a Salt & Lime Modern Mexican Grill, Six Fingers, LLC, an Arizona corporation d/b/a Black & Bleu, Joseph M. Popo, and Gabriella Popo.

Dated this 23rd day of July, 2015.

Neil V. Wake
United States District Judge